DAVID BILSKER (Bar No. 152383)
davidbilsker@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

JOSEPH MILOWIC III (*pro hac vice forthcoming*)
josephmilowic@quinnemanuel.com
LUCAS BENTO (*pro hac vice forthcoming*)
lucasbento@quinnemanuel.com
COLIN STEELE (*pro hac vice forthcoming*)
colinsteele@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF LATVIA MGI TECH SIA ET AL FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | CASE No. CV-20 80152 MISC<br><br>**APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782(a) PERMITTING SUBPOENA** |

NOTICE OF APPLICATION FOR AN ORDER UNDER
28 U.S.C. § 1782

PLEASE TAKE NOTICE that Latvia MGI Tech SIA ("Latvia MGI"), MGI Tech Co., Ltd. ("MGI Tech"), MGI International Sales Co., Ltd ("MGI International"), BGI Complete Genomics Hong Kong Co., Ltd. ("BGI Complete"), BGI-HongKong Co., Limited ("BGI-HongKong"), BGI Tech Solutions (HongKong) Co. ("BGI Tech"), BGI Health (HK) Company Limited ("BGI Health"), Genoks Teknoloji Saghk Bilisim Turizm Hiz. Endiistriyel Makine Elektrik Elektronik Ithalat Ihracat San. Tic. Ltd. Sti. ("Genoks"), Labema Oy ("Labema"), Comercial Rafer, SL ("Rafer"), BGI Europe A/S ("BGI Europe"), and Witec AG ("Witec") (collectively, "Petitioners") apply to this Court, located at 221 West Broadway, San Diego, California 92101, for an order pursuant to 28 U.S.C. § 1782(a) granting leave to obtain targeted discovery from Illumina, Inc. ("Illumina") for use in ongoing and pending foreign litigations.

This application is based on this Notice of Application, the accompanying Memorandum in Support of the Application, the accompanying Declarations of Joseph Milowic III, Mark Ridgway, Joachim Feldges, David Por, Peter Van Dyck, Panu Siitonen, Håkan Borgenhäll, Thierry Calame, Nicolaj Bording, Okan Çan, Türkay Alıca, Eduardo Castillo, and Benny Lo and the exhibits thereto, all other matters of which the Court may take judicial notice, and any further argument or evidence that may be received by the Court.

## JURISDICTIONAL STATEMENT

**Jurisdiction:** This Court has jurisdiction over this matter pursuant to 28 USC §§ 1331 and 1782.

**Intradistrict Assignment:** This case is properly brought in the San Francisco Division because the respondent maintains multiple facilities in this district, one in Foster City and One in Hayward. The latter is one of two facilities that respondent identifies as being responsible for "manufacturing research and development." Additionally, on September 6, 2019, Illumina Cambridge, a subsidiary of the respondent, filed an *ex parte* application in the Northern District of California seeking leave to serve subpoenas on three of Petitioners' US affiliates. *See In re Application of Illumina Cambridge Ltd.*, No.3:19-80215-WHO (N.D. Cal.). Judge William H.

-1-
NOTICE OF APPLICATION FOR AN ORDER UNDER
28 U.S.C. § 1782

Orrick and Magistrate Judge Thomas S. Hixon, who sit in the San Francisco Division, are overseeing that proceeding.

DATED: September 4, 2020

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ David Bilsker*
David Bilsker (Bar No. 152383)
davidbilsker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Joseph Milowic III (*pro hac vice forthcoming*)
josephmilowic@quinnemanuel.com
Lucas Bento (*pro hac vice forthcoming*)
lucasbento@quinnemanuel.com
Colin Steele (*pro hac vice forthcoming*)
colinsteele@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Petitioners*