
# APPENDIX A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF LATVIA MGI TECH SIA ET AL FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | Case No. _____ |

### [PROPOSED] ORDER

Upon consideration of the Application And Petition For An Order To Conduct Discovery For Use In Foreign Proceedings Pursuant To 28 U.S.C. § 1782 (the "Petition"), submitted by Latvia MGI Tech SIA ("Latvia MGI"), MGI Tech Co., Ltd. ("MGI Tech"), MGI International Sales Co., Ltd ("MGI International"), BGI Complete Genomics Hong Kong Co., Ltd. ("BGI Complete"), BGI-HongKong Co., Limited ("BGI-HongKong"), BGI Tech Solutions (HongKong) Co. ("BGI Tech"), BGI Health (HK) Company Limited ("BGI Health"), Genoks Teknoloji Saghk Bilisim Turizm Hiz. Endiistriyel Makine Elektrik Elektronik Ithalat Ihracat San. Tic. Ltd. Sti. ("Genoks"), Labema Oy ("Labema"), Comercial Rafer, SL ("Rafer"), BGI Europe A/S ("BGI Europe"), and Witec AG ("Witec") (collectively, "Petitioners") and all papers submitted in support thereof, this Court finds that (i) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (ii) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Petition.

It is therefore ORDERED that

(a)    the Petition is granted;

(b) Petitioners are authorized to serve the subpoena annexed as Exhibit 2 to the declaration of Joseph Milowic III ("Subpoena") upon Illumina, Inc. ("Respondent");

(c) Respondent is directed to respond to such Subpoena pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court; and

(d) Petitioners are permitted to share any discovery obtained pursuant to this Order with their co-parties in the foreign proceedings.

(e) Petitioner is authorized to use any evidence obtained pursuant to the Subpoena in any additional or pending foreign proceeding arising out of the same facts, events, patents, or transactions underlying Petitioner's Application.

**SO ORDERED.**

Date: _____, 2020

_____
UNITED STATES DISTRICT JUDGE