```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611018584
Cashier ID: waltonb
Transaction Date: 09/10/2020
Payer Name: Robin Alexander Ramirez

MISCELLANEOUS PAPERS
 For: Latvia MGI Tech Sia et al
 Case/Party: D-CAN-5-20-MC-080152-001
 Amount:          $47.00

PAPER CHECK CONVERSION
 Remitter: Robin Alexander Ramirez
 Check/Money Order Num: 757
 Amt Tendered: $47.00

Total Due:       $47.00
Total Tendered:  $47.00
Change Amt:       $0.00

NC

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```