DAVID BILSKER (Bar No. 152383)
davidbilsker@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

JOSEPH MILOWIC III (*pro hac vice forthcoming*)
josephmilowic@quinnemanuel.com
LUCAS BENTO (*pro hac vice forthcoming*)
lucasbento@quinnemanuel.com
COLIN STEELE (*pro hac vice forthcoming*)
colinsteele@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF LATVIA MGI TECH SIA ET AL FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | Case No. CV-20-80152 MISC<br><br>PETITIONERS LATVIA MGI TECH SIA; MGI TECH CO., LTD.; MGI INTERNATIONAL SALES CO., LTD.; BGI COMPLETE GENOMICS HONG KONG CO., LTD.; BGI-HONGKONG CO., LIMITED; BGI TECH SOLUTIONS (HONGKONG) CO.; BGI HEALTH (HK) COMPANY LIMITED; GENOKS TEKNOLOJI SAGHK BILISIM TURIZM HIZ. ENDIISTRIYEL MAKINE ELEKTRIK ELEKTRONIK ITHALAT IHRACAT SAN. TIC. LTD. STI.; LABEMA OY; COMERCIAL RAFER, SL; BGI EUROPE A/S; AND WITEC AG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

NOTICE OF PARTIES WITH FINANCIAL INTEREST

Pursuant to Civil L.R. 3-15, the undersigned submits this certification that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

BGI Complete Genomics Hong Kong Co., Limited is a wholly-owned subsidiary of Complete Genomics Inc., which is a wholly-owned subsidiary of BGI-Hong Kong Co., Limited, which is a wholly-owned subsidiary of CGI Hong Kong Co., Limited, which is a wholly-owned subsidiary of MGI Tech Co., Ltd. Latvia MGI Tech SIA is a wholly-owned subsidiary of BGI Complete Genomics Hong Kong Co. MGI International Sales Co., Ltd is a wholly-owned subsidiary of CGI Hong Kong Co., Limited. BGI Health (HK) Company Limited is a wholly-owned subsidiary of BGI Genomics.

Greater than 10% of the stock of MGI Tech Co., Ltd. is owned by each of MGI Holdings Co., Limited and Tibet Huazhan Venture Capital Co., Limited. Greater than 10% of the stock of Tibet Huazhan Venture Capital Co., Limited is owned by MGI Holdings Co., Limited.

BGI Europe A/S is a wholly-owned subsidiary of BGI Tech Solutions (Hong Kong) Co. Limited, which is a wholly-owned subsidiary of Shenzhen BGI Tech Solution Co. Limited. Greater than 10% of Shenzhen BGI Tech Solution Co. Limited is owned by BGI Genomics Co., Ltd., which is a publicly traded company on the Shenzhen stock exchange. Greater than 10% of BGI Genomics Co., Ltd. is owned by each of BGI Shenzhen Co., Ltd., and Shenzhen Qianhai BGI investment, LLP.

Genoks Teknoloji Saghk Bilisim Turizm Hiz. Endiistriyel Makine Elektrik Elektronik Ithalat Ihracat San. Tic. Ltd. Sti. has no parent corporation and no publicly held corporation owes 10% or more of its stock.

Labema Oy is a wholly-owned subsidiary of Maibette Oy and no publicly held corporation owns 10% or more of its stock.

Comercial Rafer, SL has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Witec AG has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: September 4, 2020

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ David Bilsker*
David Bilsker (Bar No. 152383)
davidbilsker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Joseph Milowic III (*pro hac vice forthcoming*)
josephmilowic@quinnemanuel.com
Lucas Bento (*pro hac vice forthcoming*)
lucasbento@quinnemanuel.com
Colin Steele (*pro hac vice forthcoming*)
colinsteele@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Petitioners*