DAVID BILSKER (Bar No. 152383)
davidbilsker@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

JOSEPH MILOWIC III (*pro hac vice forthcoming*)
josephmilowic@quinnemanuel.com
LUCAS BENTO (*pro hac vice forthcoming*)
lucasbento@quinnemanuel.com
COLIN STEELE (*pro hac vice forthcoming*)
colinsteele@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
*Attorneys for Petitioners*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| IN RE APPLICATION OF LATVIA MGI TECH SIA ET AL FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | Case No. CV-20-80152 MISC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1. Petitioners Latvia MGI Tech SIA ("Latvia MGI"), MGI Tech Co., Ltd. ("MGI Tech"), MGI International Sales Co., Ltd ("MGI International"), BGI Complete Genomics Hong Kong Co., Ltd. ("BGI Complete"), BGI-HongKong Co., Limited ("BGI-HongKong"), BGI Tech Solutions (HongKong) Co. ("BGI Tech"), BGI Europe A/S ("BGI Europe"), BGI Health (HK)

1

Company Limited ("BGI Health"), Genoks Teknoloji Saghk Bilisim Turizm Hiz. Endiistriyel Makine Elektrik Elektronik Ithalat Ihracat San. Tic. Ltd. Sti. ("Genoks"), Labema Oy ("Labema"), Comercial Rafer, SL ("Rafer"), and Witec AG ("Witec") (collectively, "Petitioners"), respectfully move pursuant to Local Rules 3-12 and 7-11 to request that this Application be referred to Judge Hixson, who is the Magistrate Judge presiding over the related case of *In Re Application Of Illumina Cambridge Ltd.*, No.3:19-80215-WHO (N.D. Cal.).

2. On September 6, 2019, Illumina Cambridge Ltd. filed an application pursuant to 28 U.S.C. § 1782 in this Court stemming from the same facts and transactions as give rise to the Petitioners' application (the "Application"), seeking discovery from Petitioners' affiliates for use in patent litigation between the parties and their affiliates in multiple foreign jurisdiction. *See In Re Application Of Illumina Cambridge Ltd.*, No.3:19-80215-WHO (N.D. Cal.) (the "Illumina Application"). On November 7, 2019, Judge Hixson granted the Illumina Application.

3. This Application and the Illumina Application concern substantially the same parties, property, transactions, and events. This Application and the Illumina Application both deal with Illumina and MGI and their affiliates ("Parties"). The Application and the Illumina Application both seek discovery for use in foreign patent litigations between the Parties relating to genomic technology, including, inter alia, European Patents 1 530 578, 3 002 289, 1 828 412, 2 021 415, and Turkish Patent 2018 04580. Given the substantial overlap between the facts and issues in this Application and the Illumina Application, Petitioners respectfully request that this Application be referred to Judge Hixson in order to preserve judicial resources and promote efficiency in the resolution of the Application. *See* Local Rule 3-12 ("It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.").

4. Because Respondents have not yet appeared in this action, it is not possible to submit a stipulation pursuant to Local Rule 7-12.

5. Petitioner therefore respectfully submits that the efficient administration of justice will be served by referral of this Application to Judge Hixson.

DATED: September 4, 2020

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ David Bilsker*
David Bilsker (Bar No. 152383)
davidbilsker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Joseph Milowic III (*pro hac vice forthcoming*)
josephmilowic@quinnemanuel.com
Lucas Bento (*pro hac vice forthcoming*)
lucasbento@quinnemanuel.com
Colin Steele (*pro hac vice forthcoming*)
colinsteele@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Petitioners*