# EXHIBIT A



By registered mail
Federal Patent Court
P.O. Box
9023 St.Gallen

June 28, 2019
330186|10071916v7

## Statement of Claim

Dear Mr. President
Ladies and Gentlemen

In the matter of

**Illumina Cambridge Limited**                                    **Plaintiff**
Chesterford Research Park, Little Chesterford, Saffron Walden, Essex CB10 1XL, United
Kingdom

represented by Dr. Andri Hess, Attorney-at-Law, and|or Julian Schwaller, Attorney-at-
Law, and|or Katrina Frame, Attorney-at-Law, Homburger AG, Prime Tower, Hardstrasse
201, CH-8005 Zurich

assisted by Dr. Claudia Bibus, Swiss and European Patent Attorney, E. Blum & Co. AG,
Vorderberg 11, CH-8044 Zurich

vs.

**Latvia MGI Tech SIA**                                          **Defendant**
Dzirnavu iela 57A-4, Riga, Latvia, LV1010

re

**Patent Infringement**

Homburger AG                          T   +41 43 222 10 00
Prime Tower                           F   +41 43 222 15 00
Hardstrasse 201                       www.homburger.ch
CH-8005 Zürich                        lawyers@homburger.ch

we herewith respectfully request the Federal Patent Court to grant the following

## Prayers for Relief

1.  Defendant shall be prohibited,

    under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,

    from manufacturing, importing into Switzerland, exporting from Switzerland, offering in Switzerland, selling in Switzerland, putting in circulation otherwise in Switzerland, storing in Switzerland

    the following product, be it alone or as part of a kit:

    a modified nucleotide molecule

    comprising a purine or pyrimidine base and

    a ribose or deoxyribose sugar moiety

    having a removable 3'-OH blocking group covalently attached thereto

    such that the 3' carbon atom has attached a group of the structure -O-Z

    wherein Z comprises an azido group and is (-CR'$_2$-N$_3$) and

    wherein each R' is independently a hydrogen atom, an alkyl, substituted alkyl, arylalkyl, alkenyl, alkynyl, aryl, heteroaryl, heterocyclic, acyl, cyano, alkoxy, aryloxy, heteroaryloxy or amido group, or a detectable label attached through a linking group,

    or R'$_2$ represents an alkylidene group of formula =C(R''')2 wherein each R''' may be the same or different and is selected from the group comprising hydrogen and halogen atoms and alkyl groups;

2.  Defendant shall be prohibited,

    under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,

    from manufacturing, importing into Switzerland, exporting from Switzerland, offering in Switzerland, selling in Switzerland, putting in circulation otherwise in Switzerland, storing in Switzerland

    the following product, be it alone or as part of a kit:

a modified nucleotide molecule

comprising a purine or pyrimidine base and

a ribose or deoxyribose sugar moiety

having a removable 3'-OH blocking group covalently attached thereto

such that the 3' carbon atom has attached a group of the structure -O-Z

wherein Z is azidomethyl (-CH$_2$-N$_3$);

3. Defendant shall be prohibited,

under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,

from manufacturing, importing into Switzerland, exporting from Switzerland, offering in Switzerland, selling in Switzerland, putting in circulation otherwise in Switzerland, storing in Switzerland

the following product, be it alone or as part of a kit:

a modified nucleotide molecule

comprising a purine or pyrimidine base and

a ribose or deoxyribose sugar moiety

having a removable 3'-OH blocking group covalently attached thereto

such that the 3' carbon atom has attached a group of the structure -O-Z

wherein Z is azidomethyl (-CH$_2$-N$_3$)

and wherein said base is linked to a fluorophore via a cleavable linker;

4. Defendant shall be prohibited,

under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,

from manufacturing, importing into Switzerland, exporting from Switzerland, offering in Switzerland, selling in Switzerland, putting in circulation otherwise in Switzerland, storing in Switzerland

kits for sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of (a) incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid and (b) determining the identity of one or more of the incorporated nucleotide(s),

said kits comprising a buffer that comprises ascorbic acid or a salt thereof;

5.  Defendant shall be prohibited,

under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,

from manufacturing, importing into Switzerland, exporting from Switzerland, offering in Switzerland, selling in Switzerland, putting in circulation otherwise in Switzerland, storing in Switzerland

kits for sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of (a) incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid and (b) determining the identity of one or more of the incorporated nucleotide(s),

wherein the substrate for incorporation of fluorescently labelled nucleotide is a nucleoside triphosphate,

said kits comprising a buffer that comprises ascorbic acid or a salt thereof;

6.  Defendant shall be prohibited,

under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,

from manufacturing, importing into Switzerland, exporting from Switzerland, offering in Switzerland, selling in Switzerland, putting in circulation otherwise in Switzerland, storing in Switzerland

kits for sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of (a) incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid and (b) determining the identity of one or more of the incorporated nucleotide(s),

wherein the substrate for incorporation of fluorescently labelled nucleotide is a nucleoside triphosphate,

said kits comprising a buffer that comprises ascorbic acid or a salt thereof

wherein the ascorbic acid or salt thereof is present in the buffer at a concentration of at least 20 mM;

7. Defendant shall be prohibited,

under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,

from manufacturing, importing into Switzerland, exporting from Switzerland, offering in Switzerland, selling in Switzerland, putting in circulation otherwise in Switzerland, storing in Switzerland

kits for sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of (a) incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid and (b) determining the identity of one or more of the incorporated nucleotide(s),

comprising

one or more fluorescently labelled nucleotides, wherein the fluorescent label is linked to the nucleotides via a cleavable linker,

DNA polymerase

and a buffer comprising ascorbic acid or a salt thereof, or a supply of ascorbic acid or a salt thereof;

8. Defendant shall be ordered

under threat of an administrative fine of CHF 1,000 per day of non-compliance pursuant to Article 343(1)(c) CCP, but of at least CHF 5,000 pursuant to Article 343(1)(b) CCP, as well as punishment of its organs pursuant to Article 292 CC in the event of non-compliance,

to lay detailed accounts within 30 days in accordance with recognized principles of accounting, and grant information, as to the profits earned with Defendant's offering and selling of the products according to Prayers for Relief 1-7;

9.  Defendant shall be ordered to pay the amount requested by Plaintiff after the accounts and information in accordance with Prayer for Relief 8 have been provided by Defendant;

**With costs and indemnification (including patent attorney's expenses) to be borne by Defendant;**

and the following

## Procedural Motions:

1.  Proceedings shall be limited to infringement and injunctive relief (and, potentially, validity) as well as provision of information and data according to Prayers for Relief 1 to 8, until a final judgment has been reached on these issues;

2.  Proceedings shall for now be suspended as regards the claims for financial compensation according to Prayer for Relief 9.

## Table of Contents:

I. Formal Matters ................................................................................................. 11

II. On the Merits ................................................................................................... 11

   A. Parties ...................................................................................................... 11
      1. Plaintiff ................................................................................................ 11
      2. Defendant ........................................................................................... 12

   B. Technical background ............................................................................. 12
      1. Nucleotides and polynucleotides ...................................................... 12
      2. DNA replication .................................................................................. 14
      3. DNA sequencing ................................................................................ 15
      4. Illumina's SBS method ...................................................................... 16

   C. EP'578 ...................................................................................................... 18
      1. Formalities .......................................................................................... 18
      2. Problem of EP'578 .............................................................................. 18
      3. Invention of EP'578 ............................................................................ 18
      4. Feature analysis of the claims of EP'578 .......................................... 20

   D. EP'412 ...................................................................................................... 26
      1. Formalities .......................................................................................... 26
      2. Problem of EP'412 .............................................................................. 26
      3. Invention of EP'412 ............................................................................ 26
      4. Feature analysis of the claims of EP'412 .......................................... 27

   E. Defendant's infringing activities ............................................................. 30
      1. Use of Defendant's sequencers and sequencing reagent kits in
         Switzerland ......................................................................................... 30
      2. BGI|MGI's sequencing nucleotides, reagent kits and methods infringe
         EP'578 ................................................................................................. 32
         a) Direct literal infringement of independent claim 1 and dependent
            claim 4 .......................................................................................... 33
            (1) Realization of feature 1 "A modified nucleotide molecule" ...... 33
            (2) Realization of feature 1.1 "comprising a purine or
                pyrimidine base" ................................................................... 34
            (3) Realization of feature 1.2 "and a ribose or deoxyribose
                sugar moiety" ........................................................................ 34
            (4) Realization of feature 1.3 "having a removable 3'-OH
                blocking group covalently attached thereto" and of entire
                feature group 1.3 and of feature 4 ....................................... 34
         b) Direct literal infringement of independent claim 1 and dependent
            claims 6, 7, 9 ................................................................................ 37
         c) Direct literal infringement of independent claim 25 .................... 43
            (1) Realization of features 25, 25.1 and 25.2 "A kit, comprising
                (a) a plurality of different nucleotides and (b) packaging
                materials therefor" ................................................................ 43

(2) Realization of feature 25.1.1 "wherein said plurality of different nucleotides are either as defined in any one of claims 6 to 10"...................................................................... 43

d) Contributory literal infringement of independent method claims 12 and 17 ................................................................................................ 43

    (1) Contributory literal infringement of independent method claim 12.................................................................................................. 44

        (a) Realization of feature 12 "A method of controlling the incorporation of a nucleotide [according to feature 12.1] in a synthesis or sequencing reaction"................. 44

        (b) Realization of feature 12.1 "[nucleotide] as defined in anyone of claims 6 to 10 and complementary to a second nucleotide in a target single-stranded polynucleotide"............................................................... 44

        (c) Realization of feature 12.2 "incorporating into the growing complementary polynucleotide said nucleotide" ....................................................................... 44

        (d) Realization of feature 12.3 "the incorporation of said nucleotide preventing or blocking introduction of subsequent nucleoside or nucleotide molecules into said growing complementary polynucleotide"................ 44

    (2) Contributory literal infringement of independent method claim 17.................................................................................................. 45

        (a) Realization of feature 17 "A method for determining the sequence of a target single-stranded polynucleotide" and of feature 17.1 "monitoring the sequential incorporation of complementary nucleotides"................................................................................ 45

        (b) Realization of feature 17.1.1 "wherein at least one incorporation is of a nucleotide as defined in any one of claims 6 to 10".......................................................... 45

        (c) Realization of features 17.1.2 "wherein the identity of the nucleotide incorporated is determined by detecting the label linked to the base" and 17.1.3 "the blocking group and said label are removed prior to introduction of the next complementary nucleotide"....... 45

e) Infringement confirmed by Romesberg Declaration ......................... 45

3. BGI|MGI's sequencing reagent kits and methods infringe EP'412 ............ 47

a) Contributory literal infringement of the method claims of EP'412 ..... 47

    (1) Contributory literal infringement of independent method claim 1.................................................................................................... 47

        (a) Realization of features 1, 1.1 and 1.2 "A method of sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of (a) incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid; and (b) determining the identity of one or more of the incorporated nucleotide(s)"............................................ 47

   (b) Realization of feature 1.2.1 "wherein the steps of determining the identity of the incorporated nucleotide(s) is carried out in a buffer which comprises ascorbic acid, or a salt thereof" ................... 48

  (2) Contributory literal infringement of dependent method claim 2 ................................................................. 52

   (a) Realization of feature 2 "wherein said substrate for incorporation of fluorescently labelled nucleotide is a nucleoside triphosphate" .............................................. 52

  (3) Contributory literal infringement of dependent method claims 3 and 4 ......................................................... 52

   (a) Realization of feature 3 "wherein the ascorbic acid or salt thereof is present in the buffer at a concentration of at least 10 mM" and of feature 4 "... at a concentration of at least 20 mM" ................................. 52

  (4) Contributory literal infringement of dependent method claims 8 and 9 ......................................................... 53

   (a) Realization of feature 8 "wherein the buffer has a pH of about 5.5 to about 8.6" and of Feature 9 "... has a pH of about 7" .............................................................. 53

  (5) Contributory literal infringement of dependent method claims 10 and 12 ....................................................... 53

   (a) Realization of feature 10 "wherein the template nucleic acid is present in an array" and of feature 12 "wherein the array is a single molecule array" .............. 53

  (6) Contributory literal infringement of dependent method claims 13 and 14 ....................................................... 53

   (a) Realization of feature 13 "wherein at least 10 nucleotides are successively incorporated and the identity of the base present in each of the incorporated nucleotides is determined" and of feature 14 "wherein at least 16 nucleotides are successively incorporated ..." ...................................... 53

 b) Direct literal infringement of independent claim 15 directed to a kit ........................................................................................ 54

  (1) Realization of features 15 "A kit for use in a method according to any one of claims 1 to 14 comprising" and 15.1 "one or more fluorescently labelled nucleotides" and 15.1.1 "wherein the fluorescent label is linked to the nucleotides via a cleavable linker" ............................................. 54

  (2) Realization of feature 15.2 "an enzyme capable of catalysing incorporation of said nucleotides into a nucleic acid strand complementary to a nucleic acid template to be sequenced" .................................................................. 54

  (3) Realization of feature 15.3 "and a buffer comprising ascorbic acid or a salt thereof, or a supply of ascorbic acid or a salt thereof" ................................................................ 55

 c) Infringement confirmed by Romesberg Declaration ......................... 55

F. Plaintiff's prayers for relief ................................................................... 56

1. Prayers for relief no. 1-7 (injunctive relief) ................................................. 56
2. Prayer for relief no. 8 (accounting)............................................................ 56
3. Procedural motions ................................................................................ 57
G. Costs and indemnification................................................................................ 57

## I.  Formal Matters

1  The undersigned are duly authorized to act for Plaintiff.

> Evidence:
> — Power of Attorney

2  The present litigation is about activities of Defendant, a company domiciled in Latvia, in Switzerland which infringe the Swiss parts of Plaintiff's European patents EP 1 530 578 B1 (**EP'578**) and EP 1 828 412 B2 (**EP'412**; together the patents in suit). This litigation is therefore under the exclusive jurisdiction of the Swiss Federal Patent Court (Article 5(3) Lugano Convention; Article 109(2) Swiss Private International Law Act; Article 26(1)(a) Swiss Patent Court Act, **PCA**).

3  Pursuant to Article 36(3) PCA and Article 6(3) Guidelines to Proceedings at the Federal Patent Court, the parties may use English in motions and hearings if the Court and the parties give their consent. Both Plaintiff's and Defendant's groups of companies are domiciled abroad and active internationally, and both groups publicly communicate in English. Plaintiff therefore submits that English shall be used as the language of the parties. In the unlikely event that Defendant does not consent to the use of English as language of the parties, Plaintiff will provide a German translation of the present Statement of Claim at short notice.

> Evidence:
> — Excerpt from https://en.mgitech.cn/page/gsjj.html                        Exhibit 1

4  Plaintiff tentatively estimates the amount in dispute to amount to CHF 1,000,000, of which CHF 200,000 are allocated as minimum claim (according to Article 85 CPC) to the financial claims as per prayer for relief 9.

## II.  On the Merits

## A.  Parties

### 1.  Plaintiff

5  Plaintiff, the registered owner of the patents in suit, is an Illumina group company and has its registered domicile in the UK. Plaintiff's parent company, Illumina, Inc. is NASDAQ listed and is headquartered in California. Founded in April 1998, Illumina is

today a leading developer, manufacturer, and marketer of life science tools and integrated systems for large-scale analysis of genetic variation and function, including DNA sequencing technologies.

Evidence:
— Excerpt from www.swissreg.ch re EP 1 530 578         Exhibit 2
— Excerpt from www.swissreg.ch re EP 1 828 412         Exhibit 3

6     Illumina is a recognized global leader in next-generation sequencing and is widely acknowledged to have revolutionized DNA sequencing. It was the first company that enabled the USD 1,000 human genome sequencing – a landmark achievement. What once took billions of dollars and years to perform can now be done on an Illumina sequencer in a matter of hours using Illumina's proprietary sequencing-by-synthesis (SBS) technology.

Evidence:
— Excerpt from Wikipedia re Illumina         Exhibit 4

7     As a cutting-edge, research and development driven company, Illumina is the proprietor of a great number of intellectual property rights. Amongst these IP rights are the patents in suit.

## 2.    Defendant

8     Defendant belongs to the BGI group of companies. BGI is an acronym for Beijing Genomics Institute. BGI is active in the field of genome sequencing.

9     The BGI group of companies is headquartered in Shenzhen, China. While the group provides laboratory services primarily under the BGI brand, the group also manufactures its own DNA sequencing platforms through its subsidiary MGI Tech Co. Ltd. that is also headquartered in Shenzhen. Defendant is a subsidiary of MGI Tech Co. Ltd. Defendant distributes the BGI group's sequencing platforms, including, for example, the sequencers BGISEQ-500 and MGISEQ-2000, as well as the sequencing reagent kits adapted for use with these platforms, in Europe, including Switzerland.

Evidence:
— Excerpt from https://en.mgitech.cn/page/lxwm.html         Exhibit 5

## B.    Technical background

## 1.    Nucleotides and polynucleotides

10    Polynucleotides such as DNA (deoxyribonucleic acid) and RNA (ribonucleic acid) are long-chain molecules composed of smaller units called nucleotides. The sequence of the nucleotides within a polynucleotide strand encodes the genetic information.

11  Each nucleotide consists of three distinct chemical sub-units: a five-carbon sugar mole-
cule (pentose), a nitrogenous base, and a phosphate group. The sugar's five carbon
atoms are numbered 1' to 5'. If the sugar has a hydroxyl group (OH) at the 2' position, it
is called ribose sugar; if it only has a hydrogen atom (H) at the 2' position, it is called
deoxyribose sugar. While DNA comprises deoxyribose, RNA contains ribose.



Illustration adapted from Wikipedia

12  Together, the sugar and the base form a nucleoside. By additional attachment of one,
two or three phosphate groups to the sugar's 5' position, a nucleotide is formed – i.e.,
each of a nucleoside monophosphate, a nucleoside diphosphate or a nucleoside triphos-
phate is a nucleotide.

13  The building blocks for synthesis of DNA or RNA are deoxyribonucleoside triphosphates
(abbreviated as dNTPs) and ribonucleoside triphosphates (abbreviated as NTPs) re-
spectively.

14  The nitrogenous base is attached to the 1' position of the ribose or deoxyribose sugar
moiety. The four distinct nitrogenous bases are adenine (A), cytosine (C), guanine (G),
and thymine (T). Based on their chemical structure, adenine and guanine are referred to
as "purine bases", whereas cytosine and thymine are referred to as "pyrimidine bases".

15  Depending on their specific nitrogenous base – adenine, cytosine, guanine or thymine,
the following deoxynucleoside triphosphates (dNTPs) are distinguished: dATP, dCTP,
dGTP and dTTP.

16  In DNA, the nucleotides are linked by the phosphate group at the 5' carbon atom of the
deoxyribose of one nucleotide to the 3' carbon atom of the deoxyribose of the next nu-
cleotide. The deoxyribose together with attached phosphate groups form the sugar-
phosphate backbone of DNA, while the sequence of the consecutive bases – one con-
tributed by each nucleotide – encodes the genetic information.

17     DNA consists of two spiraling polynucleotide strands in the form of a double helix. Each of the two polynucleotide strands consists of a sequence of nucleotides (represented by the colored cross-bars in the below illustration):



Illustration from Wikipedia

18     The two complementary strands assemble together by base-pairing with the formation of hydrogen bonds between the bases, where cytosine (C) pairs with guanine (G), and adenine (A) pairs with thymine (T).

## 2.    DNA replication

19     The complementary base-pairing of DNA allows a double-stranded DNA molecule to be reconstructed from a single-stranded template. In nature, this principle is used for replicating DNA. The two DNA strands are first separated. Then, the enzyme DNA polymerase synthesizes two new, complementary DNA strands, which, together with the templates, form two new, double-stranded DNA molecules.

20     DNA polymerase synthesizes new DNA strands in the 5' to 3' direction by adding free nucleotides in the form of dNTPs to the 3' end of the new DNA strand, as shown below:



Illustration from Wikipedia

21    The starting point of DNA replication is determined by the hybridization of a small oligo-
      nucleotide (sometimes referred to as "primer"; typically 10-30 bases) to the template
      strand, which allows synthesis by DNA polymerase of the complimentary strand to pro-
      ceed. One synthetic cycle results in the addition of one further nucleotide into the growing
      DNA strand. The nucleotide incorporated in the growing DNA strand has a base that is
      complementary to the base of the nucleotide present on the template DNA strand – as
      mentioned above, A pairs with T, C pairs with G.

**3.    DNA sequencing**

22    The principles of DNA replication may also be used for sequencing DNA, i.e., to deter-
      mine the specific sequence of nucleotides in a given DNA fragment.

23    The basic principle is as follows: a single strand is extracted from the DNA fragment to
      be analyzed, and the point at which sequencing is to begin is marked with a specifically
      selected primer. DNA polymerase is then used to build a complementary strand starting
      from the primer by consecutively adding complementary nucleotides. With the help of
      suitable methods, which nucleotides are added to the complementary strand may be
      determined. For example, modified nucleotides may comprise specific fluorescent labels
      which correspond to the different bases. Because each base only binds to one specific
      other base, the sequence of the nucleotides in the complementary strand may be used
      to deduce the nucleotide sequence of the analyzed DNA fragment.

24    DNA sequencing may therefore be performed by synthesizing the strand complementary
      to the single strand of DNA to be analyzed. This method is called sequencing-by-synthe-
      sis (SBS).

**4.   Illumina's SBS method**

25   The SBS method developed by Illumina uses DNA replication by DNA polymerase to sequence single-stranded template strands attached to a solid surface, e.g., on an array. In contrast to conventional DNA replication, the SBS method proceeds by adding one nucleotide to the growing DNA strand, and then pausing. Thus, the replication reaction is paused after each addition of a nucleotide, and the identity of the added nucleotide is determined before the addition of a further nucleotide to the growing DNA strand. The process is paused by the use of modified nucleotides that contain a blocking group prohibiting further incorporation of nucleotides by DNA polymerase. The blocking group is reversibly attached and can therefore be removed allowing a further round of DNA replication (and sequencing) to proceed.

26   The modified nucleotides used in Illumina's SBS method include a reversibly attached 3'-blocking group and a cleavable fluorescent label. The fluorescent signals identify the particular modified nucleotide and may therefore be used to identify the incorporated nucleotide, while the 3'-blocking group ensures that only a single nucleotide at a time is added by DNA polymerase to each growing DNA strand.

27   Each of the four different nucleotides may be given a specific fluorescent label. The identity of the incorporated nucleotide can then be revealed by the color of the fluorescent signal produced by the fluorescent label.

28   After determining the identity of the incorporated nucleotide, the fluorescent label and 3'-blocking group are cleaved and the process proceeds by the addition of a further nucleotide to the growing DNA strand followed by detection of that further nucleotide. The replication|detection cycle is repeated to determine a nucleotide sequence of the DNA fragment.

29   The SBS process, which is schematically represented in the illustration below, thus includes three phases that are repeated for each nucleotide in the template strands: (i) nucleotide addition|incorporation; (ii) imaging; and (iii) cleavage:

30   Phase (i): Nucleotide addition|incorporation

During the nucleotide addition phase, DNA polymerase incorporates a single modified nucleotide (i.e. modified dATP, dCTP, dGTP and dTTP) into each of the growing strands of DNA on the solid support. As explained above, in order to pause DNA synthesis after each replication|detection cycle, Illumina uses modified nucleotides that are equipped with a removable blocking group at the 3'-(OH) position and a fluorescent label. The blocking group prevents more than one nucleotide being incorporated into the growing DNA strand, which allows the identity of each newly incorporated nucleotide to be determined.

31    Phase (ii): Imaging

Following incorporation of a single complementary nucleotide into the growing DNA
strand, the identity of the nucleotide is determined by imaging the solid surface to which
the template and growing DNA strands are bound. The identity of the incorporated nu-
cleotide is revealed by the signal produced by the fluorescent label.

32    Phase (iii): Cleavage

After imaging, both the fluorescent label and the 3'-blocking group are cleaved. The
cleavage of the fluorescent label removes the fluorescent signal from the growing DNA
strand, whilst the cleavage of the 3'-blocking group regenerates a 3'-OH group, allowing
a further nucleotide to be added to the growing strand by the DNA polymerase. The
process may therefore proceed by addition of a further nucleotide to the growing DNA
strand. The replication|detection cycle is repeated to determine the sequence of the DNA
fragment.

  

**Nucleotide addition**
Fluorophore-labelled, terminally blocked
nucleotides hybridize to complementary
base. Each cluster on a slide can
incorporate a different base.

**Imaging**
Slides are imaged with either two or
four laser channels. Each cluster
emits a colour corresponding to the
base incorporated during this cycle.

**Cleavage**
Fluorophores are cleaved and washed
from flow cells and the 3'-OH group
is regenerated. A new cycle begins
with the addition of new nucleotides.

33    Illumina's SBS method is based on significant proprietary contributions in particular
based on the subject matter of the patents in suit.

## C. EP'578

### 1. Formalities

34    EP'578 is in force in Switzerland, with a term of protection expiring on August 22, 2023.

Evidence:
— EP 1 530 578                           Exhibit 6
— Excerpt from www.swissreg.ch re EP 1 530 578       Exhibit 2

35    EP'578 was the subject of opposition proceedings. The grounds for opposition were lack of novelty, lack of inventive step, insufficient disclosure and extension of the subject matter beyond the content of the application as filed. With decision of December 9, 2015, the opposition division rejected the opposition in its entirety and maintained EP'578 as granted. An appeal was lodged by the opponent but withdrawn on July 26, 2017.

Evidence:
— EPO decision of December 9, 2015                 Exhibit 7
— Withdrawal of appeal of July 26, 2017             Exhibit 8

### 2. Problem of EP'578

36    The object of EP'578 is to provide suitable nucleotides as building blocks for sequencing-by-synthesis. In order to ensure that only a single nucleotide is incorporated per cycle, the nucleotides are structurally modified: the position of a nucleotide to which a further nucleotide would bind, i.e., the third carbon atom of the sugar – the 3' end –, is blocked. In order to be suitable for use in an SBS process, the "*3'-OH-blocking group*" prevents "*additional nucleotide molecules from being added to the polynucleotide chain whilst simultaneously being easily removable from the sugar moiety without causing damage to the polynucleotide chain. Furthermore, the modified nucleotide must be tolerated by the polymerase or other appropriate enzyme used to incorporate it into the polynucleotide chain. The ideal blocking group will therefore exhibit long term stability, be efficiently incorporated by the polymerase enzyme, cause total blocking of secondary or further incorporation and have the ability to be removed under mild conditions that do not cause damage to the polynucleotide structure, preferably under aqueous conditions. These stringent requirements are formidable obstacles to the design and synthesis of the requisite modified nucleotides*" (EP'578, para. [0005]).

### 3. Invention of EP'578

37    The invention is based on the development of particular reversible blocking groups and methods of removing them under DNA compatible conditions (para. [0013]).

38    The reversible blocking groups according to the invention are designed such that they can be removed under mild conditions. "*Protecting groups which comprise the acetal*

*functionality have been used previously as blocking groups. However, removal of such groups and ethers requires strongly acidic deprotections detrimental to DNA molecules. The hydrolysis of an acetal however, results in the formation of an unstable hemiacetal intermediate which hydrolyses under aqueous conditions to the natural hydroxyl group. The inventors have utilised this concept and applied it further such that this feature of the invention resides in utilizing blocking groups that included protecting groups to protect intermediate molecules that would normally hydrolyze under aqueous conditions. These protecting groups comprise a second functional group that stabilizes the structure of the intermediate but which can be removed at a later stage following incorporation into the polynucleotide. Protecting groups have been used in organic synthesis reactions to temporarily mask the characteristic chemistry of a functional group because it interferes with another reaction. Protecting groups have been used in organic synthesis reactions to temporarily mask the characteristic chemistry of a functional group because it interferes with another reaction."* (para. [0017]).

39   EP'578 accordingly teaches modified nucleotides comprising a sugar moiety having a removable 3'-OH blocking group (cf. paras. [0018] and [0056]). The H of the 3'-OH group is replaced by Z.

40   Z may have the structures: $-C(R')_2-N(R'')_2$ or $-C(R')_2-N(H)R''$;

each R' may be independently H or an alkyl or other substituents;

each R'' constitutes or is part of a removable protecting group to protect intermediate molecules that would normally hydrolyze under aqueous conditions.

41   The term "removable (or reversible) blocking group" refers here to the entire formula Z (i.e. the removable 3'-OH blocking group), whereas the similar term "removable protecting group" refers to a removable protecting group that is part of Z and comprises R'' and stabilizes an intermediate of the nucleotide molecule during removal of the blocking group.

42   EP'578 further teaches a third type of blocking group without any R'' comprising a protecting group. This third type of blocking group comprises an azido group ($-N_3$) (cf. EP'578, para. [0058]). The azido comprising blocking group has the structure Z: $-C(R')_2-N_3$.

43   One preferred such example without any R'' comprising a protecting group is azidomethyl wherein both R' are hydrogen (H; para. [0058]).

### 4. Feature analysis of the claims of EP'578

44 Independent product claim 1 of EP'578 comprises the following features:

| 1 | A modified nucleotide molecule |
|---|---|
| 1.1 | comprising a purine or pyrimidine base and |
| 1.2 | a ribose or deoxyribose sugar moiety |
| 1.3 | having a removable 3'-OH blocking group covalently attached thereto |
| 1.3.1 | such that the 3' carbon atom has attached a group of the structure -O-Z |
| 1.3.2 | wherein Z is any of -C(R')$_2$-N(R'')$_2$ ; -C(R')$_2$-N(H)R'', and -C(R')$_2$-N$_3$, |
| 1.3.3 | wherein each R'' is or is part of a removable protecting group; |
| 1.3.4.a | each R' is independently a hydrogen atom, an alkyl, substituted alkyl, arylalkyl, alkenyl, alkynyl, aryl, heteroaryl, heterocyclic, acyl, cyano, alkoxy, aryloxy, heteroaryloxy or amido group, or a detectable label attached through a linking group; |
| 1.3.4.b | or (R')$_2$ represents an alkylidene group of formula =C(R''')$_2$ wherein each R''' may be the same or different and is selected from the group comprising hydrogen and halogen atoms and alkyl groups; and |
| 1.3.5 | wherein said molecule may be reacted to yield an intermediate in which each R'' is exchanged for H, which intermediate dissociates under aqueous conditions to afford a molecule with a free 3'OH. |

45 Remarks regarding the group of features 1, 1.1, 1.2 and 1.3 relating to the modified nucleotide molecule:

Feature 1: The figure at the end of this paragraph illustrates the structure of exemplary modified nucleotides (as described in EP'578, para. [0058]). The depicted structures show the claimed sub-features as explained below. Additionally, the structures depict the three phosphate groups present in nucleotide building blocks for polynucleotide synthesis.

Feature 1.1 The four depicted nucleotides comprise the purine bases, Adenine and Guanine, or the pyrimidine bases, Cytosine and Thymidine.

Feature 1.2 The depicted nucleotides comprise a deoxyribose sugar.

Feature 1.3 The nucleotides are modified because the sugar (ribose or deoxyribose) at the 3' position has attached a removable protecting group instead of an OH group. The depicted protecting group corresponds to a preferred example according to feature 1.3.2, third alternative, and according to feature 4 (further explained below).





3'-O-N₃-dATP

3'-O-N₃-dCTP

3'-O-N₃-dGTP

3'-O-N₃-dTTP

46    Remarks regarding the group of features 1.3.1 to 1.3.5 relating to the removable blocking group:

Feature 1.3.1:    The attachment of the blocking group to the sugar is defined by a structure –O–Z.

In -O-Z, the O stems from the 3'-OH group and the Z represents the blocking group.

Feature 1.3.2:    There are three alternatively claimed structures of the blocking group Z (in claim 1 as published, a comma is missing between the first and the second alternative):

1:    $Z = -C(R')_2-N(R'')_2$

2:    $Z = -C(R')_2-N(H)R''$

3:    $Z = -C(R')_2-N_3$

Feature 1.3.3:    R'' is or is part of a removable protecting groups as described above in paras. 39, 41. Thus, R'' are substituents attached to the N-atom of the first and second alternative of Z, only. The R'' substituents are not required for the third alternative with an azido group as described above in para. 42.

Feature 1.3.4 a|b:    R' are substituents attached to the C-atom of Z that itself is covalently connected to the O at the 3' position of the sugar. $(R')_2$ is defined by the two alternative features 1.3.4.a and b:

Feature 1.3.4.a:    In alternative a, independently variable substituents to this C-atom of Z are defined for R' that cover the reasonably conceivable substituents.

Feature 1.3.4.b:    The variable substituents listed for $(R')_2$ in alternative b cover the (reasonably conceivable) alkylidene groups substituted to this C-atom.

Feature 1.3.5:    Like feature 1.3.3, also feature 1.3.5 is only required for the first and second alternatives of Z and does not apply to the third alternative with an azido group.

47      Dependent claim 4 adds the following additional feature:

| 4 | wherein Z is an azidomethyl group |
|---|---|

48      The azidomethyl group -CH$_2$-N$_3$ is a preferred embodiment of the third alternative of Z, wherein both R' are hydrogen (para. [0058]).

49      The azido methyl group replaces the H of the 3'OH group. The resulting O-Z structure at the 3' position may be alternatively represented as:



or

50      Dependent claim 6 adds the additional alternative features a or b:

| 6a | wherein said base is linked to a detectable label via a cleavable linker |
|---|---|
| 6b | wherein said base is linked to a detectable label via a non-cleavable linker |

51      The term "linker" refers here to the part of the modified nucleotide that connects the detectable label to the base.

52      Dependent claim 7 limits to the alternative of feature 6a:

| 7 = 6a | wherein said linker is cleavable |
|---|---|

53  Dependent claim 9 adds the additional feature:

| 9 | wherein said detectable label is a fluorophore |
|---|---|

54  A fluorophore is detectable because it re-emits light when it is excited by light.

55  Independent product claim 25 of EP'578 is directed at a kit and comprises following features:

| 25 | A kit, comprising |
|---|---|
| 25.1 | (a) a plurality of different nucleotides |
| 25.1.1 | wherein said plurality of different nucleotides are either as defined in any one of claims 6 to 10; and |
| 25.2 | (b) packaging materials therefor |

56  The word "either" in feature 25.1.1 is both superfluous and an obvious mistake without effect on the scope of the claim.

57  Independent method claim 12 of EP'578 comprises the following features:

| 12 | A method of controlling in a synthesis or sequencing reaction the incorporation of |
|---|---|
| 12.1 | a nucleotide as defined in any one of claims 6 to 10 and complementary to a second nucleotide in a target single-stranded polynucleotide, comprising |
| 12.2 | incorporating into the growing complementary polynucleotide said nucleotide |

| 12.3 | the incorporation of said nucleotide preventing or blocking introduction of subsequent nucleoside or nucleotide molecules into said growing complementary polynucleotide. |

58   Independent method claim 17 of EP'578 comprises the following features:

| 17 | A method for determining the sequence of a target single-stranded polynucleotide, comprising, |
| --- | --- |
| 17.1 | monitoring the sequential incorporation of complementary nucleotides |
| 17.1.1 | wherein at least one incorporation is of a nucleotide as defined in any one of claims 6 to 10 and |
| 17.1.2 | wherein the identity of the nucleotide incorporated is determined by detecting the label linked to the base, and |
| 17.1.3 | the blocking group and said label are removed prior to introduction of the next complementary nucleotide. |

59   Both method claims 12 and 17 concern synthesis and|or SBS reactions using the modified nucleotides with the features according to any one of claims 6 to 10.

60   The method of claim 12 for controlling the incorporation of a modified nucleotide complementary to a second nucleotide in a target single-stranded polynucleotide corresponds in principle to phase (i) of nucleotide addition|incorporation in Illumina's SBS method as explained in para. 30 above.

61   The method of claim 17 for determining the sequence of a target single-stranded polynucleotide in principle comprises all three phases of (i) incorporation of a modified nucleotide, (ii) imaging and (iii) cleavage as explained para. 30, 31 and 32 above.

Evidence:
— EP 578 Feature Table                                                                  Exhibit 9

## D. EP'412

### 1. Formalities

62 EP'412 is in force in Switzerland, with a term of protection expiring on December 13, 2025.

63 EP'412 underwent opposition proceedings and was maintained in the amended B2 version on January 9, 2019.

> Evidence:
> — EP 1 828 412 B1                  Exhibit 10
> — EP 1 828 412 B2                  Exhibit 11
> — Excerpt from www.swissreg.ch re EP 1 828 412     Exhibit 3

### 2. Problem of EP'412

64 *"The inventors have observed that when performing sequencing-by-synthesis using fluorescently labelled nucleotide analogues the brightness of the incorporated fluorophore diminishes at each cycle of nucleotide addition. This is a particular problem when sequencing nucleic acid templates on arrays, and more particularly arrays comprised of clusters of surface-bound DNA. Cycles of sequencing may stop at around cycle 8-10 due to loss of signal from the fluorescently labelled nucleotide analogue incorporated into extended strand complementary to the template, making it difficult to score accurately the identity of the incorporated base"* (EP'412, para. [0005]).

65 At the priority date of EP'412, *"[i]t was known in the art to add chemical antioxidants such as ascorbic acid (vitamin C) to fluorescent imaging buffers. It has, however, never previously been suggested to add such antioxidants to buffers used for detection/imaging of fluorophores incorporated in or attached to nucleic acid. More particularly, it has never previously been suggested to use antioxidants such as ascorbate as additives in buffers used for imaging of arrays during cycles of nucleic acid sequencing"* (EP'412, para. [0006]).

66 Accordingly, the object of EP'412 was to provide a method of detecting a fluorescent moiety incorporated in or attached to a polynucleotide molecule which allows prolonged exposure to intense illumination as is required when sequencing nucleic acid templates on arrays, in particular arrays comprising clusters of surface-bound DNA (EP'412, para. [0005]).

### 3. Invention of EP'412

67 The invention is based on the observation that the use of antioxidants and in particular ascorbic acid in detection buffers prevents the loss of signal that otherwise occurs over

successive rounds of nucleotide incorporation requiring repeated detection of a fluores-
cent moiety incorporated in a nucleic acid. "*[This] allows more cycles of sequencing to
be achieved using the same sequencing templates*" (EP'412, paras. [0008], [0012],
[0013]). "*The ability to accurately sequence 10 or more, and preferably 16 or more, con-
secutive nucleotides in a sequencing reaction is a significant advantage in applications
such as genome re-alignment*" (para. [0030]).

68    In example 1 of EP'412, a sequencing protocol on a lambda F template is described (cf.
para. [0115] et seq.), SBS being used as the sequencing method. In the incorporation
phase linearized clusters of template DNA were incubated with modified nucleotides
comprising fluorophores and DNA polymerase under appropriate conditions. Next, in the
imaging phase, templates "*were exposed to one of two imaging buffers: 'non-ascorbate
buffer' (…) or 'ascorbate scan buffer' (…)*" comprising 50mM sodium ascorbate and
scanned in four colors followed by exposure to a reducing agent to allow the next incor-
poration and imaging cycle (paras. [0119] et seq.).

69    The results of the sequencing protocol are described as follows. "*In total 25 cycles of
data were collected. A clear difference between the number of clusters detected at each
cycle could be seen. The non-ascorbate buffer resulted in a loss of signal for each clus-
ter, and a loss of the number of detectable clusters, such that after seven cycles, the
sequencing process was no longer working. Using the ascorbate buffer, at least 18 cy-
cles of sequencing could be achieved*" (cf. EP'412, paras. [0124] and [0125]).

## 4.    Feature analysis of the claims of EP'412

70    Independent method claim 1 of EP'412 comprises the following features:

| | |
|---|---|
| 1 | A method of sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of: |
| 1.1 | (a) incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid; and |
| 1.2 | (b) determining the identity of one or more of the incorporated nucleotide(s), |
| 1.2.1 | wherein the steps of determining the identity of the incorporated nucleotide(s) is carried out in a buffer which comprises ascorbic acid, or a salt thereof. |

71   Feature 1 refers to an SBS method for determining the sequence of at least two nucleo-
     tides of a template nucleic acid target, i.e., a single-stranded polynucleotide.

72   Feature 1.1 corresponds to phase (i) of incorporation of a modified nucleotide in the SBS
     method as explained in para. 30 above.

73   Feature 1.2 corresponds to phase (ii) of imaging in the SBS method as explained in para.
     31 above.

74   Feature 1.2.1 requires ascorbic acid in the buffer or a salt thereof during determination
     of the identity of the newly incorporated nucleotide, e.g., during the imaging phase (ii) of
     the SBS method with exposure to light.

75   At neutral pH, ascorbic acid in a solution will dissociate to form a free ascorbate anion
     (negatively charged) and a hydronium cation (positively charged), as shown below:



76   Dependent claim 2 adds the following feature:

| 2 | wherein said substrate for incorporation of fluorescently labelled nucleotide is a nucleoside triphosphate. |
|---|---|

77   When a nucleoside comprises three phosphate groups it is termed a nucleoside triphos-
     phate as explained in para. 12 above.

78   Dependent claims 3 and 4 add the following features:

| 3 | wherein the ascorbic acid or salt thereof is present in the buffer at a concen-tration of at least 10 mM. |
|---|---|

| 4 | wherein the ascorbic acid or salt thereof is present in the buffer at a concentration of at least 20 mM. |

79  Dependent claims 8 and 9 add the following features:

| 8 | wherein the buffer has a pH of about 5.5 to about 8.6 |
| 9 | wherein the buffer has a pH of about 7. |

80  The pH value of a buffer solution indicates whether it is neutral, acidic or basic. pH 7 is defined as neutral pH. Below 7 is acidic, above 7 is basic. SBS operates well when the buffer is in a pH range of about 5.5 to about 8.6, in particular at a neutral pH of 7 (see EP'412, para. [0020]).

81  Dependent claims 10 and 12 add the following features:

| 10 | wherein the template nucleic acid is present in an array. |
| 12 | wherein the array is a single molecule array. |

82  A nucleic acid array is a collection of nucleic acids at discrete sites on a solid support. In a single molecule array only one nucleic acid molecule is present in one spot in one copy (cf. EP'412 para. 0088]).

83  Dependent claims 13 and 14 add the following features:

| 13 | wherein at least 10 nucleotides are successively incorporated and the identity of the base present in each of the incorporated nucleotides is determined. |

| 14 | wherein at least 16 nucleotides are successively incorporated and the identity of the base present in each of the incorporated nucleotides is determined. |

84     In case of sequencing-by-synthesis, the number of at least 10 or 16 incorporated nucleotides corresponds to the minimal number of repeated cycles of the three phases (i) incorporation, (ii) detection and (iii) cleavage of the SBS method as explained in para. 29 to 32 above.

85     Independent product claim 15, directed to a kit, adds the following features:

| 15 | A kit for use in a method according to any one of claims 1 to 14 comprising: |
|---|---|
| 15.1 | one or more fluorescently labelled nucleotides, |
| 15.1.1 | wherein the fluorescent label is linked to the nucleotides via a cleavable linker; |
| 15.2 | an enzyme capable of catalysing incorporation of said nucleotides into a nucleic acid strand complementary to a nucleic acid template to be sequenced; |
| 15.3 | and a buffer comprising ascorbic acid or a salt thereof, or a supply of ascorbic acid or a salt thereof |

86     In feature 15.2, the enzyme "*capable of catalysing incorporation of said nucleotides into a nucleic acid ...*" is DNA polymerase as explained in para. 20 above.

Evidence:
— EP 412 Feature Table                          Exhibit 12

## E.    Defendant's infringing activities

### 1.    Use of Defendant's sequencers and sequencing reagent kits in Switzerland

87     Defendant offers and distributes in Europe a range of BGI|MGI DNA sequencing platforms such as the BGISEQ-500, MGISEQ-200, MGISEQ-2000 and MGISEQ-T7, and

they also sell to their customers appropriate BGI|MGI sequencing reagent kits. While the kits for all these BGI|MGI sequencers rely on the same chemistry, they are specifically adapted for use with a specific sequencer. Depending on the capacity of the sequencers, the kits differ from each other in particular in respect of the quantities of the individual reagents.

Evidence:
— Excerpt from https://en.mgitech.cn/page/gsjj.html      Exhibit 1
— Excerpt from https://en.mgitech.cn/product/Sequencer.html      Exhibit 13

88    It should be noted that the product designation of BGI|MGI sequencers may include the suffix "RS", e.g., BGISEQ-500<u>RS</u> or MGISEQ-2000<u>RS</u>. According to the information on MGI's website, the suffix "RS" is just a model classification for internal purposes; the specifications of the models with and without that suffix are identical.

Evidence:
— Excerpt from https://en.mgitech.cn/product/detail/MGISEQ-2000.html      Exhibit 14

89    As reported in a recent GenomeWeb article, MGI's CSO, Radoje (Rade) Drmanac, recently stated regarding MGI's sequencing chemistry:

> "*current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) where 3'-blocked nucleotides are labeled with cleavable fluorescent dyes, which leave behind a molecular 'scar' after they are removed. This chemistry is similar to that used by Illumina and others.*"

Evidence:
— "MGI Prepares to Sell Sequencers in North America, Europe; Announces Proprietary Sequencing Chemistry", GenomeWeb, March 4, 2019      Exhibit 15

90    An analysis of MGI's sequencing chemistry performed by an independent test laboratory on behalf of Plaintiff revealed that this chemistry applies Illumina's proprietary SBS technology and infringes the patents in suit. We will explain this in detail below in para. 93 et seq.

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June 25, 2019      Exhibit 16
— Declaration of Dr. Floyd Romesberg of June 25, 2019 including annexes A-D      Exhibit 17

91    Defendant is selling the BGI|MGI DNA sequencing machines as well as the appropriate BGI|MGI sequencing reagent kits to customers in Switzerland. Plaintiff is aware of at

least one MGISEQ-2000 sequencer that has been supplied to a customer in Switzerland, the Health 2030 Genome Center at Campus Biotech in Geneva.

92   In order to operate this sequencer, Health 2030 Genome Center at Campus Biotech in Geneva, and potential other Swiss operators of BGI|MGI's sequencers, must source the appropriate, infringing sequencing reagent kits from Defendant. As explained by Ms. Jennifer Mummery in her declaration, the MGISEQ-2000 that is installed at the Health 2030 Genome Center at Campus Biotech in Geneva was operational and performing a sequencing run when she was at the laboratory.

Evidence:
— Declaration of Jennifer Mummery, Illumina field service technician, of June
   25, 2019                                                                   Exhibit 18
— Jennifer Mummery, c|o Illumina Switzerland GmbH                             as Witness

## 2.   BGI|MGI's sequencing nucleotides, reagent kits and methods infringe EP'578

93   Illumina has obtained a BGI sequencing reagent kit labelled "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100". This kit (the **BGI Kit**) contains the reagents needed for performing SBS on a BGISEQ-500.

94   An analysis of the BGI|MGI Kit was performed by the independent test laboratory Eurofins EAG Materials Sciences (**Eurofins**). The results of the Eurofins testing are reported in the declaration of Mary M. Dothage dated June 25, 2019 (**Eurofins Report**). As explained in the Eurofins Report at para. 7, the BGI Kit contained fluorescently labelled dNTPs and unlabeled dNTPs.

95   The Eurofins Report presents results of the following Experiments:

(a) "Click" chemistry testing undertaken to determine whether fluorescently labelled dNTPs in the BGI Kit possess azide moieties; and

(b) Liquid chromatography|mass spectrometry analysis undertaken to establish whether the masses of unlabelled dNTPs in the BGI Kit correspond to the masses of 3'-azidomethyl-dNTPs.

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June
   25, 2019                                                                   Exhibit 16
— Declaration of Dr. Floyd Romesberg of June 25, 2019 including annexes
   A-D                                                                        Exhibit 17

a)   **Direct literal infringement of independent claim 1 and dependent claim 4**

(1)   **Realization of feature 1 "A modified nucleotide molecule"**

96   MGI's CSO recently stated that their "*current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) where 3'-blocked nucleotides are labeled with cleavable fluorescent dyes*" (cf. para. 89), i.e., MGI's current sequencing chemistry uses modified nucleotides.

97   Furthermore, the following (partly blackened | anonymized) photographs show the package of the tested BGI Kit and a number of vials contained in it. Two of the vials (one brown and one translucent white) were labelled "dNTP mix". dNTP is the generally known abbreviation for a deoxynucleoside triphosphate.





98    The PE100 dNTPs Mix in the brown vial contains modified, fluorescently labelled dNTPs as demonstrated by the click chemistry testing by Eurofins as shown below (cf. paras. 112 et seq.).

**(2)    Realization of feature 1.1 "comprising a purine or pyrimidine base"**

99    First, a nucleotide by definition comprises a purine or a pyrimidine base (cf. paras. 11, 14, 15). Furthermore, the letters shown on the cover of the kit package represent the two purine bases abbreviated with G and A and the two pyrimidine bases abbreviated with C and T present in DNA; see the enlarged photograph of the topside of the package of the tested BGI Kit:



**(3)    Realization of feature 1.2 "and a ribose or deoxyribose sugar moiety"**

100    Nucleotides by definition comprise a ribose or deoxyribose sugar moiety as explained in para. 11, 12 and 13 above. In particular, dNTPs comprise a deoxyribose sugar moiety.

**(4)    Realization of feature 1.3 "having a removable 3'-OH blocking group covalently attached thereto" and of entire feature group 1.3 and of feature 4**

101    The BGI Kit according to its label is designed for high throughput sequencing. Since according to MGI's CSO, their sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) using 3' blocked nucleotides (cf. para. 89), their dNTPs are modified with a removable 3'-OH blocking group to stop the reaction after every single nucleotide that is added to a growing DNA strand. After the base of the newly incorporated nucleotide is identified, the 3'-OH blocking group can be removed so the reaction can proceed.

102   The presence of an azido methyl blocking group realizes feature 1.3.1 and those alternatives of features of 1.3.2 and 1.3.4 which in combination correspond to feature 4:

103   The azido methyl blocking group is the subject matter of dependent claim 4, i.e., it realizes feature 4 and correspondingly the following selection of alternative features according to claim 1:

Feature 1.3.1:       "such that the 3' carbon atom has attached a group of the structure -O-Z"

Feature 1.3.2:       in the third alternative: "wherein Z is -C(R')$_2$-N$_3$"

Feature 1.3.4        in alternative a: "each R' is independently a hydrogen atom"

104   Clearly, only one of the possible alternatives of features 1.3.2 and 1.3.4 must be realized. Furthermore, features 1.3.3 and 1.3.5 of claim 1 refer to R'' and are therefore not required for the third alternative of feature 1.3.2 (cf. para. 46).

105   Eurofins' liquid chromatography|mass spectroscopy (LC|MS) analysis revealed the presence of the preferred azido methyl blocking group in the unlabeled dNTPs of the BGI Kit:

106   Eurofins compared the masses of standard 3'-azidomethyl-dNTPs obtained from Jena Bioscience GmbH (Jena, Germany; **Jena 3-AZM-dNTPs Mix**) with the masses of the dNTPs present in the translucent white vial (labelled "PE100 dNTPs Mix") of the BGI Kit. This vial contained a colorless solution, the appearance of which was consistent with the characteristics of unlabeled dNTPs (**BGI Unlabelled dNTPs**).

107   The expected masses for the free dNTP anion (based on the known atomic composition of each free anion of each of the Jena 3'-AZM-dNTPs) and the masses observed in the LC|MS analysis for both the BGI Unlabelled dNTPs and the Jena 3'-AZM-dNTPs Mix are summarized in the table below:

**LC/MS Mass Observations**

| dNTP | Source | Observed Ion (mass/charge) |
|---|---|---|
| 3-AZM-dTTP | Expected | 536.2 |
| | Jena | 536.1 |
| | BGI | 536.1 |
| 3-AZM-dATP | Expected | 545.2 |
| | Jena | 545.1 |
| | BGI | 545.3 |
| 3-AZM-dCTP | Expected | 521.2 |
| | Jena | 521.1 |
| | BGI | 521.2 |
| 3-AZM-dGTP | Expected | 561.2 |
| | Jena | 561.1 |
| | BGI | 561.1 |

108  The Eurofins Report therefore concludes that, for each of the four dNTPs, the expected mass, the Jena observed mass, and the BGI observed mass are within experimental error (±0.2 atomic mass units) of each other, and that:

> "*These results confirm that the dNTPs in both the BGI PE100 Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix have the expected mass of the four 3'-O-azidomethyl-dNTPs. These results confirm that each of the dNTPs in the BGI PE100 Unlabelled dNTPs Mix has the same structural composition as the dNTPs in the Jena 3-AZM-dNTPs Mix.*" (see para. 53 of the Eurofins Report).

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June 25, 2019                                                    Exhibit 16

109  The results of the LC|MS analysis therefore show that the BGI Unlabelled dNTPs of the BGI Kit, which are used to perform SBS on the BGISEQ-500, directly and literally infringe claims 1 and 4 of EP'578.

110    It is Illumina's understanding and position that BGI|MGI's kits for all BGI|MGI sequencers rely on the identical MGI "current sequencing chemistry" (cf. para. 89 above) and that therefore also the modified nucleotides in the sequencing kits required for operating the MGISEQ-2000, such as the one in Geneva, directly and literally infringe claims 1 and 4 of EP'578.

b)    **Direct literal infringement of independent claim 1 and dependent claims 6, 7, 9**

111    The click chemistry testing shows that the following features are realized of in the labelled dNTPs of the BGI Kit:

   Feature 1.3.2:        third alternative "wherein Z is -C(R')$_2$-N$_3$-; i.e., the presence of an azido group;

   Feature 6a = 7:     "wherein said base is linked to a detectable label via a cleaveable linker"; and

   Feature 9:            "wherein said detectable label is a fluorophore".

112    As explained in the Eurofins Report, an analysis of the dNTPs in a brown vial labelled "PE100 dNTPs Mix" containing 1.9 milliliters of a blue colored solution, the appearance of which was consistent with the characteristics of fluorescently-labelled dNTPs (**BGI Labelled dNTPs**), confirmed that it contained modified nucleotide triphosphates possessing an azide containing functional group. The results therefore indicate that the individual building blocks used in BGI|MGI's sequencing reagent kits are 3'-azido-modified nucleotide triphosphates.

   Evidence:
   — Declaration of Mary of Dothage Eurofins EAG Material Sciences of June
       25, 2019                                                                                   Exhibit 16

113    In conducting the "click" chemistry testing, the BGI Labelled dNTPs of the BGI Kit were analyzed in comparison to labelled dNTPs from Illumina's kit (MiSeq Reagent Kit v3), which were known to possess a 3'- azidomethyl protecting group.

114    The analysis investigated the presence of an azido moiety (i.e., an azide) in the dNTPs using azide-alkyne "click" chemistry. This "click" reaction refers to the highly specific copper(I) catalyzed reaction between an azide group and an alkyne group to yield a covalently linked triazole product as shown in the figure below:



Fig. 6 reproduced from the Romesberg Declaration

115    In the "click" reaction, a dye-labelled 3'-azido modified dNTP (depicted is the preferred
        3'-azidomethyl-dTTP) reacts, in the presence of copper(I), with an alkyne group linked to
        an agarose bead to attach the dNTP to the bead via formation of a triazole product.

116    When the reaction is performed, the dNTPs to be tested are present in solution, whereas
        the alkyne is linked to a solid support (i.e., agarose beads, also referred to as alkyne-
        agarose beads). Based upon this reaction, if the dNTPs being analyzed contain an azido
        group, they will become covalently linked to the alkyne group that itself is linked to an
        agarose bead (grey circle) in the presence of copper(I). As both BGI Labelled dNTPs
        and the Illumina dNTPs contain a fluorescent dye (appearing as blue in color), it will be
        possible to observe the binding of the azido-containing dNTPs to the alkyne-agarose
        beads visually by monitoring the presence of the fluorescent dye bound to the beads.
        The ultimate product of this reaction is therefore an agarose bead linked via a triazole
        group to the fluorescent dNTPs, which is observed by the previously colorless agarose
        beads taking on the color of the fluorescent dNTPs.

117 Fluorescent dNTPs linked to the agarose beads (through the triazole) may subsequently be treated with hydrazine to release the fluorescent dNTPs. Located between the triazole group and the agarose beads is a chemically reactive Dde group that, when reacted with hydrazine, breaks the linkage between the triazole group and the agarose beads. When this linkage breaks, the fluorescent dNTP is liberated from the agarose bead and the color returns to solution and the beads again become colorless as illustrated in the figure below:



Fig. 7 reproduced from the Romesberg Declaration

118 On hydrazine cleavage of the Dde linker, a dye-labelled 3'-triazole-modified dNTP is liberated from the bead and released back into solution.

119 According to the Eurofins Report, the following protocol was followed for the "click" chemistry testing: In brief, the BGI Labelled dNTPs and the Illumina dNTPs were incubated with the alkyne-agarose beads and other reagents for approximately 16 hours. Negative control experiments were also performed without the copper catalyst present in the samples (which prevents the "click" reaction from proceeding). After incubation of the samples, six wash steps were performed (to remove non-specifically bound dNTPs from the

beads). The beads were evaluated and the wash filtrates were set aside and analysed (Eurofins Report, paras. 14-21). Next, all washed bead samples were treated with hydrazine. The hydrazine filtrate was collected, and both the beads and hydrazine filtrate were evaluated (Eurofins Report, para. 31).

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June
  25, 2019                                                           Exhibit 16

120   The Eurofins Report presents the following results of the "click" reaction experiments:

121   Negative control reaction with BGI Labelled dNTPs:

—   The beads remained colorless after the "click" reaction without copper and subsequent washes.



Figure 2 reproduced from Eurofins Report

—   The beads remained colorless after hydrazine cleavage.



Figure 7 reproduced from Eurofins Report

122   Click chemistry with BGI Labelled dNTPs:

—   The beads took on the blue color of the BGI Labelled dNTPs after the "click" reaction and subsequent washes.



Figure 1 reproduced from Eurofins Report

—   The beads had a colorless appearance after hydrazine cleavage:



Figure 5 reproduced from Eurofins Report

123   Click chemistry with Illumina dNTPs

—   The beads took on the blue color of the Illumina dNTPs after the "click" reaction and subsequent washes.



Figure 3 reproduced from Eurofins Report.

— The beads had a colorless appearance after hydrazine cleavage.

Figure 9 reproduced from Eurofins Report

124   To conclude, the results of the "click" chemistry tests show that the BGI Labelled dNTPs of the BGI Kit which are used to perform SBS on the BGI|MGI sequencers comprise an azide group and a fluorescent label. Thus, they realize feature 1.3.2 in the third alternative "wherein Z is -C(R')₂-N₃" and feature 9 "wherein said detectable label is a fluorophore".

125   Feature 6a=7 "wherein said base is linked to a detectable label via a cleavable linker" is fulfilled as well. This also follows from MGI's CSO's recent statement that their current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) where 3'-blocked nucleotides are labeled with "cleavable fluorescent dyes", which leave behind a molecular "scar" after they are removed, and that their current SBS sequencing chemistry is similar to Illumina's (cf. para. 89 above).

126   Therefore, the fluorescent detectable label must be attached with a cleavable linker. Furthermore, it is attached to the base, similar to Illumina's modified dNTPs whose label is attached via a cleavable linker to the base as depicted below:



Fig. 5 reproduced from the Romesberg Declaration

127 Accordingly, features 6a and 7 are realized as well.

128 For all these reasons, Defendant's modified nucleotides in the sequencing kits required for operating BGI|MGI sequencers directly and literally infringe claims 6, 7 and 9 which are dependent on claim 1.

**c)    Direct literal infringement of independent claim 25**

**(1)    Realization of features 25, 25.1 and 25.2 "A kit, comprising (a) a plurality of different nucleotides and (b) packaging materials therefor"**

129 As mentioned above, the nucleotides (dNTPs) tested by Eurofins were packaged in a "Sequencing Kit". As demonstrated above, the vial marked "PE100 dNTPs mix" comprised a plurality of nucleotides comprising the four purine and pyrimidine bases A, G, C and T.

**(2)    Realization of feature 25.1.1 "wherein said plurality of different nucleotides are either as defined in any one of claims 6 to 10"**

130 As shown in paras. 120 and 128 above, the nucleotides realize the features of claim 6. Thus, feature 25.1.1 is realized at least in the alternative of claim 6.

131 To conclude, the BGI Kit as well as any MGI sequencing kits for use with BGI|MGI sequencers realize all features of the kit according to claim 25. Thus, claim 25 is directly and literally infringed.

**d)    Contributory literal infringement of independent method claims 12 and 17**

132 Defendant distributes BGI|MGI sequencers and sequencing kits for use with BGI|MGI sequencers in Switzerland. The sequencers and the sequencing kits are highly specialized products that are not useful for any other purpose than for sequencing as taught by claims 12 and 17 of EP'578. Defendant's Swiss customers, such as, for example, Health 2030 Genome Center at Campus Biotech in Geneva, who use these sequencers and kits as intended, directly infringe EP'578's method claims 12 and 17 – this will be explained in the following. Because the sequencers and kits cannot be used for any other purposes and Defendant promotes their use as claimed by EP'578, Defendant commits indirect, contributory infringements in accordance with article 66(d) PA by offering and selling the sequencers and kits in Switzerland.

**(1)    Contributory literal infringement of independent method claim 12**

**(a)    Realization of feature 12 "A method of controlling the incorporation of a nucleotide [according to feature 12.1] in a synthesis or sequencing reaction"**

133    As presented above, BGI|MGI's current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) with 3'-blocked nucleotides labeled with cleavable fluorescent dyes.

134    Clearly, BGI|MGI's stepwise SBS method requires the controlling of nucleotide incorporation.

**(b)    Realization of feature 12.1 "[nucleotide] as defined in anyone of claims 6 to 10 and complementary to a second nucleotide in a target single-stranded polynucleotide"**

135    As presented above in the context of claim 25, BGI|MGI's sequencing kits comprise nucleotides realizing the features of claim 6.

136    Furthermore, complementarity of an incorporated nucleotide to a second nucleotide in a target single-stranded polynucleotide in an SBS reaction results from the availability of nucleotides required for base pairing comprising the bases A, G, C and T (cf. para. 17). These four bases are available in BGI|MGI's sequencing kits (cf. para. 99).

**(c)    Realization of feature 12.2 "incorporating into the growing complementary polynucleotide said nucleotide"**

137    Clearly, feature 12.2 has to be realized in a method to control incorporation of a nucleotide according to features 12 and 12.1 and therefore feature 12.2 is realized for the same reasons (cf. paras 133 et seq. and 135 et seq. above).

**(d)    Realization of feature 12.3 "the incorporation of said nucleotide preventing or blocking introduction of subsequent nucleoside or nucleotide molecules into said growing complementary polynucleotide"**

138    Referring again to para. 89, BGI|MGI's current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) with 3'-blocked nucleotides labeled with cleavable fluorescent dyes.

139    Clearly, the use of 3'-blocked nucleotides in BGI|MGI's stepwise SBS method prevents or blocks introduction of subsequent nucleoside or nucleotide molecules.

**(2)    Contributory literal infringement of independent method claim 17**

**(a)    Realization of feature 17 "A method for determining the sequence of a target sin-gle-stranded polynucleotide" and of feature 17.1 "monitoring the sequential incor-poration of complementary nucleotides"**

140    These features are obviously realized by a SBS method; c.f. explanations above in the sections concerning the construction of claims 12 and 17 (paras. 57 to 61).

**(b)    Realization of feature 17.1.1 "wherein at least one incorporation is of a nucleotide as defined in any one of claims 6 to 10"**

141    As presented above in the context of claim 25, BGI|MGI's sequencing kits comprise nu-cleotides realizing the features of claim 6.

**(c)    Realization of features 17.1.2 "wherein the identity of the nucleotide incorporated is determined by detecting the label linked to the base" and 17.1.3 "the blocking group and said label are removed prior to introduction of the next complementary nucleotide"**

142    These features correspond to phase (ii) and phase (iii) of the SBS method as explained above regarding the construction of claims 12 and 17 and are thus obviously realized.

143    By distributing BGI|MGI sequencing kits as described above in Switzerland, Defendant commits contributory literal infringement of independent method claims 12 and 17.

**e)    Infringement confirmed by Romesberg Declaration**

144    The above findings of infringement are supported by Dr. Floyd Romesberg whom Illu-mina has retained as an independent expert to opine on whether, based on the available evidence, the BGI Kit obtained and analysed by Eurofins includes nucleotides compris-ing a 3'-azido group or in particular an azido methyl group and therefor falls within the scope of EP'578.

Evidence:
— Declaration of Dr. Floyd Romesberg of June 25, 2019 including annexes
  A-D                                                                                               Exhibit 17

145    Dr. Romesberg also addresses whether the 3'-blocked terminator chemistry of the BGI Labelled dNTPs and BGI Unlabelled dNTPs of the BGI Kit is likely to be representative of the sequencing chemistry used to perform SBS on BGI's other sequencing platforms such as the MGISEQ-2000. Dr. Romesberg's declaration includes appendixes A-D.

146   With regard to the BGI Labelled dNTPs, which were analysed using "click" chemistry, Dr. Romesberg concludes the following:

—   in para. 61: "Figures 1-4 of the Eurofins Report show that the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples behaved identically in the "click" chemistry tests. The stable binding of dye-labelled dNTPs to the beads for the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples, which was absent for the negative control samples, confirms that dye-labelled dNTPs were bound to the beads via a click reaction between the alkyne-containing beads and an azido group of the dye-labelled dNTPs. The binding of dye label to the beads confirms the presence of fluorescently-labelled dNTPs containing an azido group in both the BGI Labelled dNTPs Mix and Illumina dNTPs Mix."

—   in para. 66: "The selective release of dye from the alkyne-agarose beads of the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples by hydrazine treatment confirms that the dye-labelled compounds were linked to the beads because they possess an azido group and not via non-specific binding. These results confirm the presence of fluorescently-labelled dNTPs possessing an azido group in both the BGI Labelled dNTPs Mix and the Illumina dNTPs Mix."

147   With regard to the Unlabelled dNTPs, which were analysed by LC|MS, Dr. Romesberg states in para. 74: "These results in Table 2 [of the Eurofins Report] confirm that the dNTPs in both the BGI Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix have the expected mass of the four 3'-O-azidomethyl-dNTPs."

148   In para. 75, Dr. Romesberg continues: "LC|MS is an extremely powerful technique which permits the resolution and identification of molecules in a highly discriminatory manner. In my opinion, these results confirm that each of the dNTPs in the BGI Unlabelled dNTPs Mix has the same structural composition as the dNTPs in the Jena 3-AZM-dNTPs Mix. This strongly suggests that the BGI Unlabelled dNTPs and the corresponding Jena-AZM-dNTPs have the exact same number and type of atoms. Given the limited number of ways that atoms can be connected, and the statement in the GenomeWeb article that BGI's SBS uses 3'-O-modified dNTPs (see paragraphs 19(d) and 21), this further fortifies my opinion that the BGI Unlabelled dNTPs are 3'-azidomethyl dNTPs."

149   In summary, Dr. Romesberg concludes in para. 78: "With this understanding, and in view of the "click" chemistry tests reported in the Eurofins Report, it is my opinion that the dNTPs of the BGI Labelled dNTPs mix have the same 3'-O-azidomethyl modification as the BGI Unlabelled dNTPs. Therefore, it is my opinion that the labelled nucleotides used in the BGISEQ-500 platform for SBS also are nucleotide triphosphate molecules comprising a purine or pyrimidine base and a deoxyribose sugar moiety having an azidomethyl group attached in the 3' position (i.e. a $-OCH_2N_3$ group), thereby possessing the features of claims 1 and 4 of EP 578 as set out in paragraph 37 and 38 above. This method of SBS, which uses a removable 3'-O-azidomethyl blocking group as a reversible terminator is described at paragraphs 25-29 and 30 above."

150 In para. 79, Dr. Romesberg concludes: "While I understand that the BGI Kit contains the reagents needed for performing DNA sequencing on the BGISEQ-500, my expectation is that the same 3'-blocked terminator chemistry would be used across BGI's other DNA sequencing platforms. This expectation is consistent with the GenomeWeb article to which I refer at paragraph 19(d) above, which suggests that the same sequencing chemistry (which is referred to as the "current sequencing chemistry") is used on at least the MGISEQ-200, the MGISEQ-2000 and the MGISEQ-T7. My analysis and conclusions summarised in paragraphs 72-74 above therefore also apply to labelled and unlabelled dNTPs that are provided in kits, other than the BGI Kit, that are used to perform BGI's cPas-based sequencing method (using 3'-blocked dNTPs with cleavable fluorescent dyes) on BGI's other sequencing platforms."

3. **BGI|MGI's sequencing reagent kits and methods infringe EP'412**

a) **Contributory literal infringement of the method claims of EP'412**

151 For the reasons explained below, using the BGI|MGI sequencing kits on BGI|MGI sequencers such as the MGISEQ-2000 installed in Geneva infringes the method claims of EP'412. For the reasons discussed above in para. 132, supplying these kits for that use – other, non-infringing uses do not exist – in Switzerland qualifies as contributory infringement in the sense of article 66(d) PA.

(1) **Contributory literal infringement of independent method claim 1**

(a) **Realization of features 1, 1.1 and 1.2 "A method of sequencing at least two nucleotides of a template nucleic acid comprising repeating the steps of (a) incorporating one or more fluorescently labelled nucleotides into a strand of nucleic acid complementary to said template nucleic acid; and (b) determining the identity of one or more of the incorporated nucleotide(s)"**

152 According to MGI's CSO's statement reported in the GenomeWeb article referred to in para. 89 above, MGI's sequencing chemistry relies on stepwise SBS similar to Illumina's. Features 1, 1.1 and 1.2 define phases (i) and (ii) of Illumina's SBS method (c.f. paras. 30 and 31).

Evidence:
— "MGI Prepares to Sell Sequencers in North America, Europe; Announces
Proprietary Sequencing Chemistry", GenomeWeb, March 4, 2019          Exhibit 15

153 Further evidence follows from an article by Fehlmann in combination with the MGISEQ-2000 product brochure.

Evidence:
— Fehlmann et al., c-Pas-based sequencing on the BGISEQ-500 to explore small non-coding RNAs, Clinical Epigenetics (2016) 8: 123 (Fehlmann 2016)                                                                                    Exhibit 19
— MGISEQ-2000 product brochure                                                            Exhibit 20

154 The title page of the product brochure refers to MGISEQ-2000 as a "Genetic Sequencer" with "Versatility to satisfy multiple needs". On p. 2, the Brochure lists the "MGISEQ-2000 Core Technologies" and refers in point 3 to MGI's "Optimized Combinatorial Probe Anchor Synthesis (cPAS) system".

155 Fehlmann 2016 is an article authored by scientists from BGI-Shenzen and the BGI company, Complete Genomics, Inc., that reports the testing of a BGISEQ-500 sequencing platform. The article states on p. 2, col.1, para. 2 that "the BGISEQ-500 uses the new combinatorial probe anchor synthesis (cPAS) system that combines DNA nanoball nanoarrays and stepwise sequencing using polymerase".

156 Thus, the MGISEQ-2000 according to the product brochure uses as its core sequencing technology the cPAS system including stepwise sequencing as described for the BGISEQ-500 by Fehlmann 2016.

157 This provides further support that when operating the BGISEQ-500 and the MGISEQ-2000, the SBS sequencing method is used.

158 Accordingly, features 1, 1.1 and 1.2 of independent method claim 1 are realized.

**(b)  Realization of feature 1.2.1 "wherein the steps of determining the identity of the incorporated nucleotide(s) is carried out in a buffer which comprises ascorbic acid, or a salt thereof"**

159 As mentioned in para. 93 above, Illumina has obtained a BGI Kit labelled "BGISEQ-500RS High-throughput Sequencing Kit Model: PE100" containing the reagents needed for performing SBS on a BGISEQ-500. According to the Eurofins Report para. 54, the Eurofins test laboratory also found ascorbic acid present in one of the solutions in the BGI Kit, cf. the container identified by a red arrow in the figure below. This tested solution is referred to as "the BGI Sample" in the Eurofins Report and below.



160 Eurofins conducted the following experiments:

(a) "Test strip analysis" as a semi-quantitative assay for the presence of ascorbic acid in the BGI Sample,

(b) Liquid chromatography|mass spectrometry analysis undertaken to establish the presence of ascorbate in the BGI Sample, and

(c) pH determination of the BGI Sample.

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June 25, 2019    Exhibit 16
— Declaration of Dr. Floyd Romesberg of June 25, 2019 including annexes A-D    Exhibit 17

161 In the test strip analysis, the BGI Sample was compared to several solutions with a known concentration of ascorbic acid, namely 0 ppm ascorbic acid ("Tris Buffer Blank"), 75 ppm ascorbic acid ("75ppm Ascorbic Acid Standard") and 500 ppm ascorbic acid ("500ppm Ascorbic Acid Standard"), as well as to the Illumina Scan Mix which comprises ascorbic acid.

162 Ascorbic acid, when in solution, is present as both the uncharged form, ascorbic acid, and the charged form, the ascorbate anion (cf. para 75). Therefore, the term "ascorbic acid" refers here to both the uncharged ascorbic acid form and the charged ascorbate anion.

163 For each sample, a test strip was dipped into the solution to completely wet the color indicating portion of the strip. The wet test strip was then visually inspected and compared to the color scale provided by the manufacturer.

164 Below, the test strip results are presented next to the color scale provided by the manufacturer of the test strip. The extent of color reaction from yellow to green-blue corresponds to the approximate concentration of ascorbic acid present in the solution tested.



Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June
25, 2019                                                                Exhibit 16

165 The results regarding the Tris Buffer Blank, the 75ppm Ascorbic Acid Standard and the 500ppm Ascorbic Acid Standard showed the expected color by reference to the color scale provided by the manufacturer.

166 Further, the test strip analysis showed that both the Illumina Scan Mix and the BGI Sample contained ascorbic acid at a concentration greater than that of the 500ppm Ascorbic Acid Standard. The resulting color in comparison to the manufacturer's scale indicates their concentration likely to be in the order of 1000 ppm ascorbic acid or greater.

167 Additionally, the concentration of ascorbic acid in the BGI Sample appears similar to the Illumina Scan Mix which is known to have a concentration of at least 20mM ascorbate or at least about 4000ppM ascorbate.

168 The Tris Buffer Blank, the Ascorbic Acid Standard prepared at concentrations of 50ppm, 75ppm and 100ppm, the Illumina Scan Mix and the BGI Sample of the MGI kit were also tested for the presence of ascorbic acid using LC|MS.

169 The expected mass for the free ascorbate anion and the masses observed in the LC|MS for the 50ppm Ascorbic Acid Standard, 75ppm Ascorbic Acid Standard, 100ppm Ascorbic Acid Standard, the Illumina Scan Mix and the BGI Sample are summarized in the table below (Table 3 of the Eurofins Report). Since the Tris Buffer Blank did not contain ascorbic acid, no ascorbic acid mass peak was observed.

LC|MS Mass Observations

| Source | Observed Ion (mass/charge) |
|---|---|
| Expected | 175.1 |
| Tris Buffer Blank | N/A |
| 50ppm Ascorbic Acid Standard | 175.1 |
| 75ppm Ascorbic Acid Standard | 175.1 |
| 100ppm Ascorbic Acid Standard | 175.1 |
| Illumina Scan Mix | 175.1 |
| BGI Sample | 175.0 |

170 The Eurofins Report at para. 81 accordingly concludes "that the mass observed for each of the 50ppm Ascorbic Acid Standard, 75ppm Ascorbic Acid Standard, 100ppm Ascorbic Acid Standard, the Illumina Scan Mix, and the BGI Sample reported in Table 3 are within experimental error (±0.2 atomic mass units) of each other and the expected mass for the ascorbate free anion."

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June
25, 2019                                                          Exhibit 16

171   These results confirm that the BGI Sample contains ascorbic acid or a salt thereof. Consequently, also feature 1.2 is realized and independent method claim 1 of EP'412 is indirectly and literally infringed.

**(2)   Contributory literal infringement of dependent method claim 2**

**(a)   Realization of feature 2 "wherein said substrate for incorporation of fluorescently labelled nucleotide is a nucleoside triphosphate"**

172   The tested labeled nucleotides regarding infringement of EP'578 were drawn from the vial in the BGI Kit marked with dNTPs mix, i.e. nucleotide triphosphates mix. Furthermore, MGI's CSO recently stated that their 3'-blocked nucleotides are labeled with cleavable fluorescent dyes.

Evidence:
— "MGI Prepares to Sell Sequencers in North America, Europe; Announces
Proprietary Sequencing Chemistry", GenomeWeb, March 4, 2019        Exhibit 15

173   Thus, feature 2 is realized and dependent method claim 2 is indirectly and literally infringed, too.

**(3)   Contributory literal infringement of dependent method claims 3 and 4**

**(a)   Realization of feature 3 "wherein the ascorbic acid or salt thereof is present in the buffer at a concentration of at least 10 mM" and of feature 4 "... at a concentration of at least 20 mM"**

174   A concentration greater than 1000 ppm ascorbic acid in the BGI Sample was measured in the test strip analysis according to the Eurofins Report, para. 149 to 155. This corresponds to a concentration greater than approx. 6 mM ascorbic acid. The semi-quantitative results of the test strip analysis further show the concentrations of ascorbic acid in the BGI Sample and in Illumina's scan mix appear to be very similar. The concentration of ascorbic acid in Illumina's scan mix is known to be at least 20mM ascorbate.

Evidence:
— Declaration of Mary of Dothage Eurofins EAG Material Sciences of June
25, 2019                                                          Exhibit 16

175   Accordingly, quantitative analysis of ascorbic acid in the BGI Sample is likely to amount to a level above 20 mM such that features 3 and 4 are realized, and dependent claims 3 and 4 infringed indirectly and literally, too.

**(4)    Contributory literal infringement of dependent method claims 8 and 9**

**(a)    Realization of feature 8 "wherein the buffer has a pH of about 5.5 to about 8.6" and of Feature 9 "... has a pH of about 7"**

176   According to the Eurofins report, para. 54, the pH of the BGI Sample is 6.9. This is a pH value of about 7 and a within the range of about 5.5 to about 8.6.

   Evidence:
   — Declaration of Mary of Dothage Eurofins EAG Material Sciences ofJune
      25, 2019                                                                    Exhibit 16

177   Thus, claims 8 and 9 are infringed indirectly and literally.

**(5)    Contributory literal infringement of dependent method claims 10 and 12**

**(a)    Realization of feature 10 "wherein the template nucleic acid is present in an array" and of feature 12 "wherein the array is a single molecule array"**

178   On p. 2 of the product brochure regarding the MGISEQ-2000 referred to in paras. 153, 154 above, the brochure lists under "MGISEQ-2000 Core technologies" in point 2 "Patterned Array". DNBs [DNA nanoballs] and arrayed spots are engineered to enhance attachment of a single DNB to a spot thus preventing cross-talk of signal between DNBs".

179   Fehlmann 2016 explains on p. 2 (see bottom of col. 1 bridging into col. 2) how the DNBs are generated from purified cDNA fragments of a cDNA library. After making single strand DNA circles, each of them was amplified by rolling circle amplification to produce DNBs containing a single nucleic acid molecule. Thus, each nanoball represents a single DNA molecule having many copies of a unique cDNA fragment linked together.

180   In summary, according to a MGISEQ-2000 core technology, DNA fragments are amplified as nanoballs (which contain a single DNA molecule) that are spotted individually onto arrays, thereby realizing features 10 and 12. Consequently, dependent claims 10 and 12 are also indirectly and literally infringed by the operation of the MGISEQ-2000.

**(6)    Contributory literal infringement of dependent method claims 13 and 14**

**(a)    Realization of feature 13 "wherein at least 10 nucleotides are successively incorporated and the identity of the base present in each of the incorporated nucleotides is determined" and of feature 14 "wherein at least 16 nucleotides are successively incorporated ..."**

181   The product brochure referred to in paras. 153, 154 above, on p. 5 regarding the "MGISEQ-2000 specifications" according to table 1 "Flow Cell Parameters", in the third and fourth column specifies read length of 50, 100, 150 and 300 nucleotides.

182  Consequently, the MGISEQ-2000 specifies read lengths above 10 and 16 nucleotides. Operation of the MGISEQ-2000 accordingly realizes features 13 and 14 and therefore indirectly and literally infringes dependent claims 13 and 14.

b)  **Direct literal infringement of independent claim 15 directed to a kit**

(1)  **Realization of features 15 "A kit for use in a method according to any one of claims 1 to 14 comprising" and 15.1 "one or more fluorescently labelled nucleotides" and 15.1.1 "wherein the fluorescent label is linked to the nucleotides via a cleavable linker"**

183  As shown above regarding infringement of the product claims of EP'578, the BGI Kit comprises reagents for SBS (cf. e.g. paras. 96 to 104). Therefore, the BGI Kit is suitable for a method of sequencing at least two nucleotides of a template nucleic acid.

184  As presented above in paras. 122 to 128, the kit comprises one or more fluorescently labelled nucleotides.

185  According to statements of MGI's CSO reported in the GenomeWeb article, MGI's current sequencing chemistry relies on stepwise SBS and comprises 3'-blocked nucleotides that are labeled with cleavable fluorescent dyes that leave behind a molecular scar (cf. para. 89 above).

Evidence:
— "MGI Prepares to Sell Sequencers in North America, Europe; Announces Proprietary Sequencing Chemistry", GenomeWeb, March 4, 2019            Exhibit 15

186  Thus, the BGI Kit realizes features 15, 15.1 and 15.1.1.

(2)  **Realization of feature 15.2 "an enzyme capable of catalysing incorporation of said nucleotides into a nucleic acid strand complementary to a nucleic acid template to be sequenced"**

187  Such incorporation of complementary nucleotides into a nucleic acid strand by DNA polymerase corresponds to the first phase of the SBS method as outlined in para. 30 above.

188  Furthermore, the Fehlmann 2016 article, p.2, col. 2, para. 2 confirms that in the study they applied "the new combinatorial probe anchor synthesis (cPAS) system that combines DNA nanoball nanoarrays with stepwise sequencing using polymerase".

189  Thus, the BGI Kit realizes also feature 15.2.

**(3)   Realization of feature 15.3 "and a buffer comprising ascorbic acid or a salt thereof, or a supply of ascorbic acid or a salt thereof"**

190   As demonstrated above in paras. 159 to 171, the Eurofins Report demonstrates the presence of ascorbic acid in the BGI Sample in the BGI Kit.

191   In conclusion, the BGI Kit for use with BGI|MGI sequencers fulfils all of the features of claim 15, thereby directly and literally infringing independent claim 15 of EP'412.

**c)   Infringement confirmed by Romesberg Declaration**

192   The above findings of infringement are also supported by the Romesberg Declaration.

> Evidence:
> — Declaration of Dr. Floyd Romesberg of June 25, 2019 including annexes
>    A-D                                                                                          Exhibit 17

193   In paras. 87 et. seq., Dr. Romesberg provides a summary on the presence of ascorbic acid in the BGI Sample. He considers the tests described in the Eurofins Report to definitively confirm that the BGI Sample contains ascorbic acid.

194   Dr. Romesberg states in para 88: "It is my opinion that these results indicate that BGI's sequencing-by-synthesis method performed on the BGISEQ-500 platform performs all of the steps recited in claim 1 of EP 412. As discussed in paragraphs 19-21, the BGISEQ-500 performs sequencing-by-synthesis by repeating cycles of incorporating fluorescently labelled nucleotides complementary to a template nucleic acid and detecting the fluorescent label. Thus, sequencing performed on the BGISEQ-500 includes: (i) "sequencing at least two nucleotides of a template nucleic acid;" (ii) "incorporating one or more fluorescently labelled nucleotides into a strand of a nucleic acid complementary to said template;" and (iii) "determining the identify of one or more nucleotides of the incorporated nucleotide(s).""

195   Dr. Romesberg continues in para 89: "The BGI Sample contains ascorbic acid or salt thereof at a concentration on a similar order, or even identical to the concentration of ascorbic acid in the Illumina Scan Mix, which is used in the Illumina SBS method as part of practicing the method of claim 1 of EP 412. It is my opinion that the BGI Sample is very likely used in the same way and includes all of the features of step (b) of claim 1 of EP 412."

196   Dr. Romesberg further adds in para. 91: "I note that U.S. Patent Application Publication No. 2017|0240961 A1 (US 961 A1) further supports my opinion that the BGISEQ-500 platform performs DNA sequencing using a buffer containing ascorbic acid or a salt thereof. US 961 A1 is assigned to Complete Genomics and the first inventor is Radoje Drmanac. As I explained above, I am informed that Compete Genomics is part of the BGI Group. I am also informed that Radoje Drmanac is the Chief Science Officer for BGI.

Example 2 of US 961 A1 describes a sequencing-by-synthesis process that involves flowing a "read buffer" containing ascorbic acid before determining the identity of incorporated nucleotides. US 961 A1 further supports that the BGI Sample, which contains ascorbic acid or salt thereof, is used in the manner claimed in EP 412."

Evidence:
— U.S. Patent Application Publication No. 2017|0240961 A1                Exhibit 21

197   Dr. Romesberg concludes in paras. 92 and 93: "While I understand that the BGI Kit contains the reagents needed for performing DNA sequencing on the BGISEQ-500, my expectation is that a similar buffer containing ascorbic acid or salt thereof is also used for DNA sequencing on BGI's other DNA sequencing platforms. As I discussed in paragraph 79 above, my expectation is that that same 3'-blocked terminator chemistry that is used for performing DNA sequencing on the BGISEQ-500, would be used across BGI's other DNA sequencing platforms. BGI's instruments are all reported to use kits that provide a similar number of sequencing cycles as can be achieved using an Illumina kit on an Illumina sequencing platform, and therefore my expectation is that all BGI's kits also include a similar buffer thus allowing the advantages described in EP 412 to be achieved."

## F.   Plaintiff's prayers for relief

## 1.   Prayers for relief no. 1-7 (injunctive relief)

198   As patent infringement is established, Plaintiff has a right to injunctive relief according to article 75(1) in conjunction with article 72 and article 66(a) PA.

199   Prayer for relief 1 addresses the infringement of claim 1 in the third alternative of EP'578. Prayer for relief 2 addresses the infringement of claim 4, and prayer for relief 3 the infringement of claims 6, 7 and 9. These prayers for relief which address infringement of product claims also cover the contributory infringement of EP'578's method claims.

200   Prayer for relief 4 addresses the contributory infringement of claim 1 of EP'412, prayer for relief 5 the contributory infringement of claim 2 of EP'412, prayer for relief 6 the contributory infringement of claims 3 and 4. Prayer for relief 7 relates to the infringement of product claim 15 of EP'412.

## 2.   Prayer for relief no. 8 (accounting)

201   Under article 85(1) of the CCP, it is permissible to bring an action for an unspecified claim if it is impossible for the plaintiff to quantify its claim at the outset of the proceedings. Article 85(2) CCP provides that, in an action in stages, the claim is to be quantified as soon as the plaintiff is in a position to do so after the provision of information by the defendant. With prayer for relief 8, Plaintiff files such a staged action and reserves the

right to quantify the reparations to be made by the Defendant after they have rendered account.

### 3.  Procedural motions

202 In line with the practice of this court, Plaintiff requests the court to restrict the proceedings for the time being to the questions of infringement, provision of information and rendering of accounts, i.e., to prayers for relief 1-8, until a legally binding partial judgment has been delivered on these claims, and to suspend the proceedings with regard to the substantiation and quantification of the financial claims, i.e., prayer for relief 9, during this time.

### G.  Costs and Indemnification

203 It follows from the foregoing that the Defendant must be ordered to pay the costs of the proceedings and must be ordered to compensate Plaintiff for legal and patent attorney representation.

*  *  *  *  *

Respectfully submitted

Andri Hess

Twofold

**Power of Attorney**

**Exhibits: as per separate list | Twofold**