**EXHIBIT E**

# LENZ & STAEHELIN



**Thierry Calame**
**Partner, Co-Head of Intellectual Property**

Dr. iur, Attorney at Law, Dipl. nat. sc. ETH
Languages: German, English, French

Zurich Office
Telephone +41 58 450 80 00
thierry.calame@lenzstaehelin.com

**Expertise**
Dr. Thierry Calame is an expert in intellectual property matters, with a particular emphasis in patent law. He has vast experience as counsel in patent, trademark, unfair competition and copyright litigation as well as IP related arbitration. Thierry Calame also sits as arbitrator in IP related arbitration. In addition, Thierry Calame advises on licensing, the intellectual property aspects of a wide range of other transactions as well as pharmaceutical law, including regulatory and advertising issues. He holds both a master's degree in chemistry, and law.

Thierry Calame is permanent lecturer at the University of St.Gallen and at the Swiss Federal Institute of Intellectual Property and has published on a wide range of intellectual property topics. He is the current President of the European Patent Lawyers Association (EPLAW). From 2010 to 2014, he acted as Reporter General of the International Association for the Protection of Intellectual Property (AIPPI). Since 2017, he has been a member of the board of directors of Innosuisse, the federal agency for science-based innovation.

**Practice Areas**
Intellectual Property, Litigation and Arbitration, Patent, Copyright, Trademark and other IP-related Litigation, Licensing, Unfair Competition, Technology, Media & Telecoms

**Education and Professional Experience**
1991    Swiss Federal Institute of Technology ETHZ (Dipl. nat. sc. ETH)
1994    University of St.Gallen (lic. iur.)
1995    Max Planck Institute for Intellectual Property, Competition and Tax Law (Germany)
1996    Admission to Zurich Bar
1996    Joined Lenz & Staehelin
1998    University of Santa Clara (USA)
2001    University of St.Gallen (Dr. iur.)
2002    Partner at Lenz & Staehelin

# LENZ & STAEHELIN

**Memberships**
International Association for the Protection of Intellectual Property (AIPPI), International Trademark Association (INTA), Licensing Executives Society (LES), International Bar Association (IBA), Swiss Bar Association (SAV), Zurich Bar Association (ZAV), Swiss Arbitration Association (ASA), European Patent Lawyers Association (EPLAW), Deutsche Vereinigung für gewerblichen Rechtsschutz und Urheberrecht (GRUR), Institut für gewerblichen Rechtsschutz (INGRES), Schweizer Forum für Kommunikationsrecht (SF-FS)

**Other Activities**
Permanent lecturer at the University of St.Gallen.

Lecturer at the Swiss Federal Institute of Intellectual Property.

Member of the Board of Directors of Innosuisse.

Member of the Board of the Swiss group of AIPPI.

President of EPLAW (European Patent Lawyers Association).

Co-Chair of the AIPPI Committee on Unitary Patent / Unified Patent Court.

**Appraisals**
*"An outstanding professional for IP litigation. Very nice to work with."* (Legal 500, 2020)
*"He is an excellent advocate who gets tremendous results."* (Legal 500, 2020)
*"An excellent patent litigator"* (Chambers, 2020)
*"He is a greatly respected lawyer who receives plaudits for his outstanding work on matters ranging from unfair competition to copyright litigation."* (Who's Who Legal, 2020)
*"He has a stellar reputation in the IP market and is praised for his impressive work on regulatory and pharma matters"* (Who's Who Legal, 2020)
*"Outstanding"* (Chambers, 2019)

**Publications (Selection)**
Calame, T., Dorigo, L., Healthcare Enforcement & Litigation 2020 - Switzerland, in: Getting the Deal Through, October 2019, 71-79

Calame, T., Dorigo, L., Commercialisation of Healthcare in Switzerland: overview, in: Practical Law, Global Guide 2019, Commercialisation of Healthcare, August 2019

Calame, T., Compulsory Licensing in Switzerland, in: Compulsory Licensing in Europe, European Patent Academy (ed.), 2019

Simon, J., Calame, T., Trademarks 2019 Switzerland, in: Getting the Deal Through, October 2018, 170-174

Calame, T., Sterpi, M., Copyright Litigation, Jurisdictional Comparisons, 3rd ed., London 2018

Calame, T., Genuine Use of Trademarks, Gaspar (ed.), AIPPI Law Series, 2018

Calame, T., Sterpi, M., Patent Litigation, Jurisdictional Comparisons, 4th ed., London 2018

Calame, T., Dorigo, L., Patent Litigation in Switzerland: Overview, in: Practical Law Global Guides, Patent Litigation, 3rd ed., 2016

Calame, T., Patent Protection for Second Medical Uses, Bühling (ed.), AIPPI Law Series, 2016

Calame, T., Hess-Blumer, A., Stieger W., Patentgerichtsgesetz (PatGG), Commentary on the Patent Court Act, Basel 2013

Calame, T., Sterpi, M., Trade Mark Litigation, Jurisdictional Comparisons, 2nd ed., London 2013

Calame, T., Aebi, M., Enforceability, in: Halket (ed.), Arbitration of International Intellectual Property Disputes, 2012

Calame, T., Beweissicherung im Zusammenhang mit Patentverletzungsklagen in der Schweiz ab 2011, in: Oertle/Wolf/Breitenstein/Diem (eds.), M&A - Recht und Wirtschaft in der Praxis, Liber Amicorum für Rudolf Tschäni, Zurich 2010, 485-504

Calame, T., Patent Infringement Worldwide, Claim Interpretation - Infringement - Damages, Busche/Trimborn/Fabry (eds.), Cologne 2010

Calame, T., Schranken des Patentrechts, in: Anwaltsrevue, Vol. 2/2009, 55-58

Calame, T., Court of Appeal stellt gefestigte EPA-Praxis über eigenes Präjudiz: Patentschutz für zweite medizinische Indikation aufgrund neuen Dosierungsregimes bejaht, in: sic! 2008, 925-939

Calame, T., Softwareschutz – Möglichkeiten und Grenzen, in: Internet-Recht und Electronic Commerce Law, Bern 2007, 325-348

Calame, T., Schweizerisches Immaterialgüter- und Wettbewerbsrecht Vol. IV: Patentrecht und Know-how / Kapitel 1 Grundlagen, Kapitel 3 Berechtigung an der Erfindung, Kapitel 6 Wirkung des Patents, Kapitel 7 Computerimplementierte Erfindungen, Basel 2006