**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLICATION OF LATVIA MGI TECH SIA, ET AL., <br><br> Petitioner. <br><br> . | Case No. 5:20-mc-80152 NC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Thomas S. Hixson to determine whether it is related to 3:19-mc-80215 WHO, *In re Application of Illumina Cambridge Ltd.*

IT IS SO ORDERED.

Date:  September 10, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge