1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   David Bilsker (Bar No. 152383)
2  davidbilsker@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111-4788
   (415) 875-6432 Tel.
4  (415) 875-6700 Fax

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Anne S. Toker (*pro hac vice* pending)
6  annetoker@quinnemanuel.com
   Joseph Milowic III (*pro hac vice* pending)
7  josephmilowic@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
8  New York, New York 10010
   (212) 849-7000 Tel.
9  (212) 849-7100 Fax

10
   Attorneys for Respondents
11 LATVIA MGI TEC SIA. MGI TECH CO, LTD.,
   ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLICATION OF LATVIA MGI TECH SIA, MGI TECH CO, LTD., ET AL., | Case No. 3:20-mc-80152-WHO (TSH) <br><br> **NOTICE OF APPEARANCE OF DAVID L. BILSKER** |

PLEASE TAKE NOTICE that David L. Bilsker of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, an attorney admitted to practice in the United States District Court for the Northern District of California, hereby appears as counsel for record for Petitioner Latvia MGI Tech SIA, et al., and respectfully requests that all pleadings and other documents be served upon this individual at Quinn Emanuel Urquhart & Sullivan, LLP, as identified below.

> David L. Bilsker (Bar No. 152383)
> davidbilsker@quinnemanuel.com
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 50 California St., 22nd Floor
> San Francisco, CA 94111-4788
> (415) 875-6432 Tel
> (415) 875-6700 Fax

DATED: September 15, 2020          Respectfully submitted,


By */s/ David L. Bilsker*
David L. Bilsker
Attorneys for Petitioner
LATVIA MGI TEC SIA