|   |   |
|---|---|
| 1 | |
| 2 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re Application of Latvia MGI Tech )
           ) Case No: 20-MC-80152
     Plaintiff(s), )
           ) **APPLICATION FOR**
 v.         ) **ADMISSION OF ATTORNEY**
           ) **PRO HAC VICE**
           ) (CIVIL LOCAL RULE 11-3)
     Defendant(s). )

  I, Lucas Bento, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Petitioner Lativa MGI Tech SIA, et al. in the above-entitled action. My local co-counsel in this case is David L. Bilsker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 51 Madison Avenue, 22nd FL<br>New York, NY 10010-1601 | 50 California Street, 22nd FL<br>San Francisco, CA 94111-4788 |
| MY TELEPHONE # OF RECORD:<br>(212) 849-7552 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| MY EMAIL ADDRESS OF RECORD:<br>lucasbento@quinnemanuel.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>davidbilsker@quinnemanuel.com |

  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4907986.

  A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

  *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/30/20               Lucas Bento
                           APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

  IT IS HEREBY ORDERED THAT the application of Lucas Bento is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                        UNITED STATES DISTRICT/MAGISTRATE JUDGE



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Lucas Bento

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **16th day of February, 2011**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **24th day of September, 2020**.



*Robert D. Mayberger*

Clerk