1  EDWARD R. REINES (Bar No. 135690)
   edward.reines@weil.com
2  DEREK C. WALTER (Bar No. 246322)
   derek.walter@weil.com
3  WEIL, GOTSHAL & MANGES LLP
4  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
5  Telephone:  (650) 802-3000
   Facsimile:  (650) 802-3100
6
7  Attorneys for Respondent
   ILLUMINA, INC.
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLICATION OF LATVIA MGI TECH SIA, ET AL.<br><br>         Petitioner,<br><br>     v.<br><br>ILLUMINA INC.<br><br>         Respondent. | Case No. 20-mc-80152-WHO<br><br>**NOTICE OF APPEARANCE OF DEREK C. WALTER**<br><br>Judge Hon. William H. Orrick |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Respondent Illumina Inc. files this Notice of Appearance of Counsel and hereby notifies the Court that Derek C. Walter of the law firm Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Suite 500, Redwood Shores, CA 94065, will appear as counsel of record for Respondent Illumina Inc. All pleadings, discovery, correspondence, notices, calendars and other materials should be served upon counsel at the address referenced above.

Date: October 1, 2020                    Respectfully Submitted,


   /s/ *Derek C. Walter*
Edward R. Reines (Bar No. 135960)
Derek C. Walter (Bar No. 246322)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100
edward.reines@weil.com
derek.walter @weil.com

Attorneys for Respondent
ILLUMINA, INC.