Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re Application of Latvia MGI Tech )
 )
               Plaintiff(s), )
 )
   v. )
 )
 )
 )
             Defendant(s). )
 )

Case No: 20-MC-80152

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Joseph Milowic, III            , an active member in good standing of the bar of
the State of New York       , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Petitioner Lativa MGI Tech SIA, et al.       in the
above-entitled action. My local co-counsel in this case is David L. Bilsker            , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 51 Madison Avenue, 22nd FL<br>New York, NY 10010-1601 | 50 California Street, 22nd FL<br>San Francisco, CA 94111-4788 |
| MY TELEPHONE # OF RECORD:<br>(212) 849-7225 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 875-6432 |
| MY EMAIL ADDRESS OF RECORD:<br>josephmilowic@quinnemanuel.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>davidbilsker@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 4622221       .

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/23/20

Joseph Milowic, III
APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joseph Milowic, III            is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communications with, local co-counsel
designated in the application will constitute notice to the party.

Dated: October 6, 2020

APPROVED
W. H. Oe
Judge William H. Orrick

UNITED ST_____STRATE JUDGE