1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  IN RE APPLICATION OF LATVIA MGI TECH SIA ET AL,

   Case No. 20-mc-80152-WHO

8  Plaintiff,

   **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY**

9  v.
10  ILLUMINA INC.,
11  Defendant.

12  Pursuant to Civil Local Rule 72-1, the request for issuance of subpoenas and all other discovery sought in this miscellaneous matter is referred to United States Magistrate Judge Thomas S. Hixson, who is handling discovery in the related matters, *Illumina, Inc. et al v. BGI Genomics Co., Ltd et al*, 3:19-cv-03770-WHO and *In re Application of Illumina Cambridge Ltd.*, 19-mc-80215-WHO.

**IT IS SO ORDERED.**

Dated: October 6, 2020



WILLIAM H. ORRICK
United States District Judge