**FOLKMAN LLC**

THEODORE J. FOLKMAN
TED@FOLKMAN.LAW
+1 (617) 646-9980

October 6, 2020

Hon. Thomas S. Hixson
U.S. District Court for the Northern District of California
US Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:    *In re Application of Latvia MGI Tech SIA, et al.,* No. 20-80152

Dear Judge Hixson:

I represent Illumina, Inc., the respondent in *In re Application of Latvia MGI Tech SIA, et al.,* Misc. No. 20-80152, an application under 28 U.S.C. § 1782 filed on Sept. 8, 2020.

My client has agreed not to object to issuance of the subpoena, reserving its right to raise any objections after issuance, if the Court issues the subpoena, that it might have raised in opposition to the application.

The Court should be aware that the defense brief in the Spanish Proceedings, referenced in Mr. Bilsker's letter of earlier today, has already been filed, several days before the October 11 deadline Mr. Bilsker referenced.

Sincerely,

Theodore J. Folkman

cc:    Counsel of record