UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF LATVIA MGI TECH SIA, ET AL, <br><br> Petitioners. | Case No. 20-mc-80152-WHO (TSH) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 1 |

Petitioners Latvia MGI Tech SIA, et al., petition this Court for an order pursuant to 28 U.S.C. § 1782(a) granting leave to serve a subpoena on Illumina, Inc., for use in pending foreign litigations. Illumina does not oppose issuance of the subpoena, provided that all objections to the subpoena that it might have raised in opposition to the application or regarding the scope or contents of the subpoena may be raised once the subpoena has been served (ECF No. 19) – a condition the Court accepts.

The petition is **GRANTED**. Petitioners are authorized to serve on Illumina, Inc., the subpoena attached as Exhibit 2 to the declaration of Joseph Milowic III. Petitioners are permitted to share any discovery obtained pursuant to this Order with their co-parties in the foreign litigations that were identified in the memorandum of law filed in support of the application. ECF No. 2.

**IT IS SO ORDERED.**

Dated: October 6, 2020

THOMAS S. HIXSON
United States Magistrate Judge