1  DAVID BILSKER (Bar No. 152383)
   davidbilsker@quinnemanuel.com
2  DAVID A. PERLSON (Bar No. 209502)
   davidperlson@quinnemanuel.com
3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   50 California Street, 22nd Floor
4  San Francisco, California 94111
5  Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700
6
7  ANNE S. TOKER (admitted pro hac vice)
   annetoker@quinnemanuel.com
8  JOSEPH MILOWIC III (admitted *pro hac vice*)
   josephmilowic@quinnemanuel.com
9  LUCAS BENTO (admitted *pro hac vice*)
   lucasbento@quinnemanuel.com
10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   51 Madison Avenue, 22nd Floor
11 New York, NY 10010
12 Telephone:    (212) 849-7000
   Facsimile:    (212) 849-7100
13
14 *Attorneys for Petitioners*

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17  IN RE APPLICATION OF LATVIA MGI TECH SIA ET AL FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | Case No. 5:20-mc-80152-WHO (TSH) <br><br> **PETITIONERS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS B AND F TO THE JOINT STATEMENT RE DISCOVERY DISPUTES** |

I, David A. Perlson, declare as follows:

1. I am a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Petitioners Latvia MGI Tech SIA, MGI Tech Co., Ltd., MGI International Sales Co., Ltd., BGI Complete Genomics Hong Kong Co., Ltd., BGI-HongKong Co., Limited, BGI Tech Solutions (HongKong) Co., BGI Europe A/S, BGI Health (HK) Company Limited, Genoks Teknoloji Saghk Bilisim Turizm Hiz. Endiistriyel Makine Elektrik Elektronik Ithalat Ihracat San. Tic. Ltd. Sti., Labema Oy, Comercial Rafer, SL, and Witec AG (collectively, "Petitioners") in the above-captioned case. I am an attorney in good standing licensed to practice in California and before this Court. I am personally familiar with the facts stated herein and, if called as a witness, could testify competently hereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Petitioners' Administrative Motion to File Under Seal Portions of Exhibits B and F to the Joint Statement regarding discovery disputes, filed concurrently herewith. In making this request, Petitioners have carefully considered the relevant legal standard and policy considerations outlined in the Northern District of California's Civil Local Rule 79-5 and Judge Orrick's Standing Order on Administrative Motions to File Under Seal. Petitioners make this request with the good faith belief that certain information sought to be sealed consists of Petitioners' confidential information and that public disclosure could cause competitive harm.

3. Petitioners respectfully request that the Court seal the highlighted portions of the Exhibits B and F, attached hereto as Exhibits B-1 and F-1, respectively. A redacted version of Exhibits B and F is attached hereto as Exhibits B-2 and F-2, respectively.

4. The information requested to be sealed contains Petitioners' confidential information regarding its highly-confidential, non-public agreements.

5. This information has independent economic value from its confidentiality because, *inter alia*, this information could be used by Petitioners' competitors to alter their own plans for product development and/or commercialization, time strategic litigation, focus their patent prosecution strategies, undercut Petitioners' marketing and sales strategies, draw conclusions about

the nature and size of Petitioners' investments in various markets, or otherwise unfairly compete with Petitioners.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 27, 2021, in Mill Valley, California.

                                        QUINN EMANUEL URQUHART & SULLIVAN LLP

                                        By: */s/ David A. Perlson*
                                                David A. Perlson

                                        *Attorney for Petitioners*