1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE APPLICATION OF LATVIA MGI TECH SIA ET AL FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | Case No. 5:20-mc-80152-WHO (TSH)
|---|---|
| | **[PROPOSED] ORDER GRANTING PETITIONERS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS B AND F TO THE JOINT STATEMENT RE DISCOVERY DISPUTES** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The Court has received Petitioners' Administrative Motion to File Under Seal Portions of
2  Exhibits B and F to the Joint Statement regarding discovery disputes. Because the identified
3  portions of these exhibits contain material that is sealable pursuant to Local Rule 79-5, Petitioners'
4  Administrative Motion to Seal is hereby **GRANTED**.

6  DATED:

_____
William H. Orrick
United States District Judge